Case 0:01-cr-08161-DMM Document 4 Entered on FLSD Docket 12/07/2001 Page 1 of 1

CR-12 (Rev. 9/82) — WARRANT FOR ARREST — AUSA

# United States District Court

DISTRICT: Southern District of Florida

UNITED STATES OF AMERICA

v.

Carlos Navas

DOCKET NO. **01-8161 CR-HURLEY**

MAGISTRATE CASE NO. **VITUNAC**

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

Carlos Navas
3721 Riverland Road
Fort Lauderdale, FL 33124
DOB: 06/07/78        SSN:        W/M

WARRANT ISSUED ON THE BASIS OF:

X Indictment    ☐ Information    ☐ Order of Court    ☐ Complaint

TO:
United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Use a facility or means of interstate commerce to persuade, induce, or entice, or attempt to persuade a person under 18 years of age to engage in sexual activity.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | 18 | 2422(b) |

BAIL FIXED BY COURT: *none - detain*

OTHER CONDITIONS OF RELEASE

ORDERED BY
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

SIGNATURE JUDGE[1]/U.S. MAGISTRATE

DATE: 6 Dec 01

CLERK OF COURT
CLARENCE MADDOX

(BY) DEPUTY CLERK: Sandra Quvedo

DATE ISSUED: 12-6-01

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED |  |  |

[1] United States Judge or Judge of a State Court of Record