**ORIGINAL TO CLERK**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-8161-CR-HURLEY

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS ANTONIO NAVAS,

      Defendant.

_____/

## MOTION FOR DOWNWARD DEPARTURE/
## MOTION FOR ICC (BOOT CAMP) DESIGNATION OR RECOMMENDATION

COMES NOW the Defendant, CARLOS ANTONIO NAVAS, by and through his undersigned counsel, and respectfully moves this Honorable Court, pursuant to U.S.S.G. 5K2.0, to downward depart from the current sentencing guidelines cell on facts and circumstances of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating those guidelines, or, in the alternative, to recommend that the Defendant be designated to Bureau of Prison's Intensive Confinement Center (ICC) more commonly referred to as "boot camp", and would show for cause as follows:

### 1. MOTION FOR DOWNWARD DEPARTURE
### A. EXCEPTIONAL ACCEPTANCE OF RESPONSIBILITY

The Defendant in this case, pled early on to the Indictment filed against him in the Southern District of Florida. Additionally, he being previously arrested in the State Court system, before transferring to the Federal Court, had begun his rehabilitation with the REACH program run by Dr. John A. Spencer, a respected clinical and forensic psychologist

in Fort Lauderdale.  Dr. Spencer's program is uniquely designed to attack the reasons

behind individuals who participate in sex-related offenses, including those by use of the

computer and has a component dealing with children.  Unfortunately, prior to his ability to

complete that program, the Defendant was arrested, and remains incarcerated at the Gun

Club Road facility in West Palm Beach.  However, it is expected that Dr. Spencer will

appear at Sentencing of this matter and will tesitfy on his behalf as to his amenability to

treatment and his need for the same.  The early plea has avoided expensive and protracted

trial preparations and proceedings as well as a trial itself as to him, and his acceptance of

responsibility, at this early stage, especially in light of its impact on the case as a whole,

has accomplished a significant conservation of judicial and prosecutorial resources.  In

such a situation, the Court may grant additional reductions pursuant to U.S. v. Lieberman,

971 F.2d 989 (3d Cir. 1992); See also U.S. v. Garcia, 926 F.2d 125 (2d Cir. 1991) and U.S.

v. Bobb, 52 Cr. L. 141 (D.C.-S.D.N.Y., 1/11/93);

## B.  HIGH PROSPECTS OF REHABILITATION

Given the Defendant's young age, his educational background, his lack of criminal

behavior in the past, and the community involvement that he has had, and the responses

from that community encompassed in Exhibit 1 Composite herein, his prospects of

rehabilitation are significantly more substantial than the normal individual who offends in

the same specific manner.

## C.  ABERRANT BEHAVIOR

The behavior exhibited by this Defendant, in this series of transactions which

resulted in his arrest in Fort Lauderdale, and his second federal arrest for the same acts

of criminal behavior, is totally out of character, and aberrant in the clearest sense of the

word, to his life and to the community involvement and service that he has performed throughout it. The abject remorse and utter sorrow that he has expressed and experienced since the time of this offense are mute testament to the magnitude of a mistake in his normal life that these acts represent.

Where the totality of circumstances are viewed and where it is found that the offense does not fit within the Defendant's normal conduct, but is a complete shock and out fo character therewith, a downward departure for "aberrant behavior" may be warranted. See U.S. v. Takai, 941 F.2d 738 (9th Circ. 1991). That is, there must be some element of abnormal or exceptional behavior besides the fact that the Defendant has never before committed a crime. See U.S. v. Benally, 215 F.3d 1068, 1074 (10th Cir. 2000). See also U.S. v. Dickey, 924 F.2d 836 (9th Cir. 1991) and U.S. v. Russell, 870 F.2d 18 (1st Cir. 1989).

The United State Sentencing Guidelines manual, effective November 1, 2000, now defines "aberrant behavior" as,

> "a single criminal occurrence or single criminal transaction that (A) was committed without significant planning; (B) was of limited duration; and (C) represents a marked deviation by the defendant from an otherwise law-abiding life." USSG § 5K2.20, cmt. n. 1.

Thus, the more recent view of aberrational behavior constituting a basis for downward departure seems to have abandoned the more narrow test adopted for the 11th Circuit in U.S. v. Withrow, 85 F.3d 527 (11th Cir. 1996), U.S. v. Bush, 126 F.3d 1298 (11th Cir. 1997) and upheld in U.S. v. Pickering, 178 F.3d 1168 (11th Cir. 1999), for a more expanded view of what constitutes an "occurrence" or "transaction" as opposed to a "single act."

This Defendant's criminal involvement as set forth in the Indictment is unique

because it is grounded upon the Defendant's response via the Internet, to undercover Government agents acting as a minor, discussing forbidden areas.  The Indictment, in reality, is but a single flowing transaction.  This is not to denigrate or minimize the seriousness of the defendant's acts or his voluntary immersion into these illegal activities. It is, however, to illuminate the fact that this Defendant, in an isolated and brief microcosm of his entire life, became a person unknown to his friends, relatives and business associates - as can be easily ascertained from the documents and testimonials attached as Composite Exhibit I.  It is a marked, and incredible departure from his past, and he has taken strong and committed steps to ensure that it will not recur.

Under the 2000 Guideline codification of aberrant behavior, it appears that this Defendant's past and the aberrant behavior which places him before this Honorable Court, urge a downward departure.

### D. TOTALITY OF CIRCUMSTANCES (COMBINATION OF FACTORS)

Although the Defendant believes that one, or several of the individual grounds for downward departure made herein are consistent with the Sentencing Guidelines application of downward departures, certainly, the application of all of these departure issues combined provide this Defendant with a rational ground for downward departure.  Thus, issues of EXCEPTIONAL ACCEPTANCE, HIGH PROSPECTS OF REHABILITATION, and ABERRANT BEHAVIOR should be considered in tandem with each other, and collectively as they affect a fair guideline sentence.  See U.S. v. Rioux, 97 F.3d 648, 663 (2nd Cir. 1996); U.S. v. Paradise, 14 F.Supp.2d 1315 (U.S.D.C. - N.G.D.A. 1998).

Thus, the combination of factors relevant to providing a basis for downward departure may, and should, work as a cohesive team of rational bases therefor.  In this

unique and compelling case, such a relevance threads its way unerringly and convincingly through the fabric of this entire sentencing process.  Surely, if a departure based upon the accumulation of reasons in this cause do not support a departure, it would be difficult to envision a set of circumstances that does.

## II. MOTION FOR RECOMMENDATION FOR DESIGNATION, IF QUALIFIED TO INTENSIVE CONFINEMENT CENTER (ICC) - BOOT CAMP

The Defendant herein qualifies for what is commonly referred to as a "shock incarceration" placement at one of two facilities in the United States: Lewisburg, Pennsylvania (men) and the Intensive Confinement Center for Women at Bryan, Texas. The programs, commonly referred to as "boot camps" provide a daily regiment of physical training, work assignments, education, vocational training, and substance abuse treatment to improve  offenders decision making, self-direction and self-image and help them eventually gain permanent employment.  The period of incarceration at the ICC facility is approximately 180 days, and is followed by community corrections, during which participants finish off their sentences first at a halfway house and subsequently under home confinement.  The overall objective of the ICC program is to change the offender's behavior so that they will reduce  their involvement in crime and become safely reintegrated into the community without compromising public safety.

It should be noted that whereas most states reduce the sentence of boot camp participants, the Federal Government does not.  The average age for an ICC male participant is 27, compared to the average age for participants at the State level which is between 19 and 20. Additionally, the ICC places a considerable emphasis on non-military rehabilitative activities.  ICC participants spend roughly three to four hours each day in various types of programs, such as Life Skills, Health and Nutrition, Substance Abuse

Counseling, and Adult Basic Education as well as GED instruction.  A unique difference between the Federal and State programs is the community corrections component.  All inmates who graduate from the ICC spend the remainder of their sentence in a halfway house (CCC), followed by home confinement.  Although this component shares the objective of State aftercare programs, it provides a far more controlled environment.  Each training cycle lasts 180 days.  Program entrance is voluntary, and inmates who successfully complete the program are given the opportunity to serve the remainder of their sentence - a portion greater than would otherwise be possible - in a community based program. Though the program entrance is voluntary, it is a matter of common knowledge that a Court's recommendation for an inmate to be placed therein is an extremely important component of the inmate's ability to successfully seek designation.  With the additional programs offered, the ICC further requires a labor-intensive work assignment six days a week conducive to a successful reintegration into mainstream community life.  Substantial differences exist between the ICC and regular prisons, primarily with respect to mandatory classes to improve life skills, fitness, health and nutrition, as well as substance abuse counseling sessions.  In addition, the ICC inmates are taught to work together as a team, whereas in regular prison this is discouraged.  In fact, the unspoken rule of "do your own time" remains a strong component of the standard prison culture.  At the ICC facilities, correctional officers are expected to establish close working relationships with inmates and gain more knowledge about their charges than would be the case in a typical prison facility. Once inmates arrive at an ICC facility, they are appointed to a team and participate in a two week admission and orientation program (A & O).  The A & O program familiarizes them with the mission, purpose and scope of the facility and the programs in which they will

participate. Each team consists of 40 to 55 participants who go through A&O and the ICC 6-month program together.   There are five basic eligibility criteria for initial court commitment designation to the ICC program. An individual must: 1. be serving a sentence of twelve to thirty months - although both ICC Lewisburg and Bryan now draw offenders who are serving twelve to sixty months in Federal Institutions; 2. be serving a first incarceration sentence or have a minor history of prior incarcerations; 3. pose a minimum security risk; 4. lack medical restrictions; 5. volunteer for participation in the program (for ICC-Lewisburg, males must be 35 years old or younger on program entry).  It would seem that this Defendant is uniquely qualified, and designed, for the type of rehabilitation that such a "boot camp" would offer inmates in the same general population. He is 23 years of age, has no criminal history, is charged with an offense that poses a minimal security risk, wants urgently to volunteer for the program and has no prior incarcerations. He likewise has a lack of medical restrictions. A review of Composite Exhibit I shows that this individual had familial problems in the past that may have directly impacted upon his current status and difficulties experienced in this particular Indictment (See his mother's recitation of difficulties with his father). In addition, several individuals have written recommendations for him that show that he would be greatly benefited by entry into this program.  His educational and community background are equally impressive and further support the Court's recommendation that he be permitted to enter into the boot camp/ICC program. It would appear, from all intents and purposes, that Carlos Navas is the type of individual for whom the boot camp program was originally designed, and the type of person that the Bureau of Prisons had in mind when they developed the idea of ICC. Although the Court's recommendation is not binding, and there exists autonomy in the Bureau of Prisons as to

discretion and space for placement of males at Lewisburg, certainly this Court's acknowledgment of Mr. Navas' qualifications for such a facility would be an important factor in accomplishing that goal.   Thus, the Defendant respectfully urges this   Court's recommendation to the Bureau of Prisons to permit him voluntary entry into the ICC at the first available time.

A criminal sentence must reflect the individualized assessment of a particular Defendant's culpability rather than the mechanistic application of a given sentence to a given category of crime. <u>U.S. v. Barker, et al.</u>, 771 F.2d 1362 (9th Cir. 1985).  In addition, <u>U.S. v. Russell</u>, 870 F.2d 18 (1st Cir. 1989), held that the Sentencing Commission has made clear that departures are permitted in atypical cases and that such <u>aberrant</u> behavior . . . may justify departures in appropriate cases. <u>See</u>, also, <u>U.S. v. Dickey</u>, 924 F.2d 836 (9th Cir. 1991).  Especially significant is the fact that a combination of factors may constitute a "mitigating circumstance", as long as the District Court identifies that circumstance and "given the Sentencing Commission's acknowledgment of the 'vast range of human conduct' not encompassed by the guidelines, a unique combination of factors (which) may constitute the 'circumstance' that mitigation." <u>U.S. v. Floyd</u>, 945 F.2d 1096, 1099 (9th Cir. 1991), citing <u>U.S. v. Cook</u>, 938 F.2d 149, 153 (9th Cir. 1991).  In <u>U.S. v. Floyd</u>, the Court found that as long as the District Court merely finds that a Defendant's criminal history category significantly over-represents the seriousness of his criminal history, a downward departure may be upheld.

In the overall scheme of the sentencing guidelines as applied to these atypical and specific facts, it is evident that these facts and circumstances are clearly of a kind or to a degree not adequately taken into consideration by the Commission, and a downward

departure sentence is urged to be appropriate.   A reduced sentence in this case is appropriately grounded on:

A)   Exceptional Acceptance of Responsibility;

B)   High Prospects of Rehabilitation'

C)   Aberrant Behavior;

D)   Totality of Circumstances (Combination of Factors)

WHEREFORE, in consideration fo the above, the Defendant respectfully moves this Court, for a plethora of reasons, for a downward departure (to an imposed sentence of house arrest and probation), with any other special conditions that are appropriate in the discretion of the Court.

FURTHER, the Defendant urges the Court's recommendations that this Defendant be considered for the federal boot camp program as set forth herein.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 15TH day of May , 2002, to Lothrop Morris, Esq., Assistant United States Attorney, United States Attorney's Office, 500 Australian Avenue North, Fourth Floor, West Palm Beach, FL 33401.

Respectfully Submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954) 764-2500

BY _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

# COMPOSITE EXHIBIT I

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A.

COLONIAL BANK BUILDING ● 600 SOUTH ANDREWS AVENUE, SUITE 500 ● FORT LAUDERDALE, FLORIDA 33301 ● (954) 764-2500 ● FAX (954) 764-5040

April 4, 2002

Mom,

              It's been quite some time since I've written you and I guess it's mostly because it' is difficult for me to find the proper words needed to express my thoughts to you. All that keeps comming to mind is how incredibly sorry I am for all the pain my stupidity has caused the family and Tanya. I'm not sure how, but someday some how I hope I can redeem myself in your eyes, the families eyes, as well as Tanya's family and Tanya. I pray every night for guidance towards that road and for God's and your forgiveness in hopes that we will all find peace in our hearts. Thank you for giving me a second chance in life and for being the wonderful mother you are and always have been.

I Love You,

((Carlos))

April 1, 2002

Dear Judge Hurly,

My name is Alexandrina De La Peña.  A seaman in the United States Coast Guard I am writing on behalf of Carlos Navas.  In the Eleven years that I've known Carlos I've known him to be a responsible, giving man of good judgment.

As far as being giving, Carlos spent our first year of college making sure I had a place to sleep and study when I was too tired to make the 45-minute drive home.  He was always there to help me with my own work and studies, even if all it took was providing the food.  A couple of years ago after Christmas mass Carlos asked me to help him in passing out food to the homeless, something he and his mother always did together but she was out of the country.  I can also bear witness to his discipline and sense of responsibility as it is something he helped instill in me this last September as I was preparing for basic training.  Carlos showed up Three times a week at 8:00 in the morning to train with me, despite his busy work and school schedule.  At home he also showed great responsibility in regards to his grandmother, as he had to make more time for her when his grandfather left the house.

I'm not trying to make Carlos sound like a saint or impeccable.  He's not.  He's just a regular guy who works and studies and hopes one day to become a teacher.  I am confident that a few minutes with him and you will see him in the same light I do.

Yours truly,

Alex De La Peña
USCG



CITY OF
# FORT LAUDERDALE

*Venice of America*

March 27, 2002

To whom it may concern:

My name is Penny Temple and I am employed with the City of Ft Lauderdale.  I have worked in
Treasury/Finance department for the past four years.  I have known Carlos Navas since 1989.  MY son
Jason met Carlos while attending Our Lady Queen of Martyrs middle school.  They both went on to
attend St. Thomas Aquinas High School and both graduated in 1996.

Even after high school we still continued to see Carlos.  I've watched him grow from a teen to a man.  He
went on to attend University of Miami and all the while staying in touch with his friends and family. Carlos
has always been a hard working person even while going to college.  He is kind, good-hearted, generous
with a lot of compassion for others..

It has been a pleasure knowing Carlos and watching him become an adult.  He has been and always will
be welcomed in my home.

Sincerely,

Penny Temple

**TREASURY DIVISION**
100 NORTH ANDREWS AVENUE, FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 828-5150, FAX (954) 828-5880
**www.ci.fort-lauderdale.fl.us**

EQUAL OPPORTUNITY EMPLOYER                                        PRINTED ON RECYCLED PAPER

*Rita S. Botwinick, Ph.D.*

7030 Golf Pointe Circle
Tamarac, FL  33321



March 13, 2002

Dear Judge Hurley:

This letter is written on behalf of Carlos Navas. Carlos was
my student in several history classes at Florida Atlantic
University and I had the opportunity to have some personal
contact with him.  We often chatted after class and I thought
him a young man with a bright future.  He was a good student,
well liked by his peers.

Obviously, he has made a grave mistake for which he has
already paid a heavy price.  I have dealt with young people
for nearly forty years and it is my considered opinion that
Carlos will have learned his lesson and not ever break the
law again.  Any lieniency you could show him would, in my
view, will benefit him at no cost to society at large.


Thank you for your consideration of this plea for clemency
for Carlos Navas.


Sincerely yours,

March 17, 2002

Dear Judge Hurley,

I am writing to commend the character and initiative of Carlos Navas. Carlos has been my student at Florida Atlantic University for the past two years in the undergraduate program.

Carlos is the best possible type of student- interested, engaged, hard-working, and open-minded. He consistently earns the highest grades in my courses, and his writing and speaking skills are excellent. More importantly, I can tell from his participation in class discussions that he is a very thoughtful and insightful young man who shows a great deal of maturity for his young age. Carlos also strikes me as the type of student who is willing to lend a hand to peers in need- without sounding trite, it's very easy to read him. He is a good-natured, sensitive (in every positive sense of that word) person.

If you have any further questions, please don't hesitate to call me at home. My number is (954) 524-6100, or you can e-mail me at mitchellfau@usa.net.

Thank you for your time and consideration.

Very sincerely,

Dr. Maura Mitchell
College of Liberal Arts, Dept. Of History
Florida Atlantic University
Davie, Florida





**HOWARD C. FORMAN**

CLERK OF CIRCUIT AND COUNTY COURT

17TH JUDICIAL CIRCUIT

100 NORTH PINE ISLAND ROAD
WEST REGIONAL COURTHOUSE
PLANTATION, FLORIDA 33324

March 25th, 2002

To whom this may concern:

Re: Mr. Carlos Antonio Navas

I am very pleased to submit a letter of recommendation & character on behalf of Mr. Carlos Navas. I can attest to both his personal qualities & morals. I have known Carlos for about 10 years now. I attended high school with him at St. Thomas Aquinas in Ft. Lauderdale Florida, where I came to know him. Even in high school he had admirable qualities which encouraged me to see him eventually as a personal friend. He was a member of various clubs and organizations though out his attendance in high school and for quite some time we both were on the school Cross Country team. I attended a school sponsored Religious retreat with Carlos before graduation and afterwards we continued to keep in touch as some classmates do following High schooling. Since then, I have known Carlos to be employed in both Retail and the Hospitality industry, always aspiring to improve upon himself and his career. In the past we were both employed at a local restaurant, and I am aware that he possess good work habits. I am now currently employed by Broward County and hold a position of Deputy Clerk of Courts. Carlos has also expressed a great interest to me in pursuing a career in teaching, which I believe he would excel at. I wish him the best with his intentions of this letter, and am glad to have helped out a friend.

Sincerely,

Dennis K. McCrary



To Describe Carlos' relationship with his Father is not easy for me. I find it a very painful memory, which has scared us Emotionally and Physically to last the rest of our lives. When Carlos was a child he would always ask me where his father was and pray for his daddy's love. What kind of answer would you give your child that has seen his father 's violence lash out toward his mother? Carlos' relationship with his father has always been a touchy topic of conversation.

In Carlos' younger years it was often that I would hear comments of his father.

For example: I wonder how he's doing? Or I wonder if he thinks about me?

I imagine that they were in his Thoughts every single day.

As he grew older Carlos' way of fighting the battle became more difficult. Even the mention of his father would cause him slight agitation. It almost seemed like he was trying to forget about him, as so Carlos thought that his Father did of him. I know deep inside that Carlos missed having his father around. Being his mother, I tried showing him the difference between right and wrong.

But I would never ever be able to take his father's place.

On Carlos' 18th Birthday, I found my son in his room and in a desperate manor he asked.

What is wrong with my father? Why doesn't he care about me? The only memory that I have of him is mental and physical abuse. I am trying to accept and change the painful memories.

That day was a day in my life that I will never forget. My son becoming a young man and realizing that It was time to change his perspective of his father. From that day on he has slowly tried to break down that Wall that he built around himself of all the bad memories and forgotten thoughts, from his father.

If you ask Carlos, today if his relationship with his father has gotten any better, he will ponder that thought and answer, we are working on it.

To Whom It May Concern,

My Son, Carlos Antonio Navas was born in Chicago, Illinois on June 7, 1978.

Carlos' family experience was that of Domestic Violence. Which was lead to divorce and the relocation of myself and my two very young children to Florida in 1982 to improve the quality of life that I needed for my children and a new profession for myself. With these positive changes made the Children and I have a better outlook to life.

My son has demonstrated Respect, Maturity, Loyalty and Love. He has been a hard worker since he was in Grade school. A perfect student, with honors and surpassed with honorable mentions in specified subjects and Sports. Not only was he excellent in school but he was an Exceptional Employee. He was very ambitious to start working to help pay for school and expenses. He has always demonstrated a since of responsibility towards his family and friends. Upon graduating High School with Honors and inaugurated into the National Honor Society. He was invited to attend many colleges and universities. He chose to stay close to home to help his family.

My Son is my Life, My Friend, and One Remarkable Human Being.

I am asking with all respect to the court, that my son be given a chance to show what an outstanding individual he could be to his community and once again to his family.

*Haydina Navas.*

P/S The day you called in it was my 5th night of 12 hrs. a week. I just have going to sleep, 12 hrs before this sorry I was very tired. For your Records my maiden last name is TEJEDA. Thanks!



*Christine K. Hopkins*

*Attorney at Law*

600 North Pine Island Road • Suite 450
Plantation, Florida 33324
Tele: 954-315-0255  Fax: 954-315-0277 Email ladylaw@bellsouth.net

### Letter of Recommendation for Carlos Navas

I have known Carlos Navas and his family for approximately fifteen years.  During that time, Carlos has also been the "man of the house", helping his mother and sister each and every day.  As a friend of the family, I am fairly knowledgeable about his character and abilities.

From other sources you will be made aware of his excellent academic record and work history. He has always been a man of outstanding character: disciplined, hardworking, trustworthy, loyal and responsible. He has high standards for himself and worthy longterm goals - and he worked steadily and undramatically to maintain and meet them. His family - he is one of two children being raised by a single mother - is warm, close and supportive of each other through good and bad times.

Unfortunately, Carlos made a bad choice in his young life.  He is aware that choices have consequences. He is prepared to do whatever it takes to regain respect for himself, others and his community. I strongly believe with the right motivation and discipline, he would receive if sent to boot camp instead of prison would benefit him and his community. He is aware that it will involve a great deal of hard work and self-discipline and he is prepared to do so. If anyone deserves a second chance, Carlos does.

Christine K. Hopkins
March 19, 2002

# Our Lady Queen of Martyrs Church
## 2731 Happy Hoyer Street
## Fort Lauderdale, Florida 33312
## (954) 583-8725  Fax (954) 583-9315

March 20, 2002

To Whom It May Concern:

This is a letter on behalf of **CARLOS A. NAVAS**, 3721 Riverland Road, Ft. Lauderdale, FL 33312. Carlos was a student in our elementary school, starting in first grade and graduating from the 8th grade in 1992. While he was a student here Carlos demonstrated his service orientation by performing charitable work at Camillus House, and other non-profit social agencies, where our students learn what service to the community is. He continued this in his education at St. Thomas Aquinas High School, which is located across the street from our school. At St. Thomas he was a member of the National Honor Society.

Carlos was a well-rounded person, a good athlete, involved in extra curricular activities, and of course, his service commitment was excellent. I believe Carlos is reliable, mature, and responsible for his actions and life and sorry for his past wrong doings. He can learn from his mistakes and I think he has. Our Lady Queen of Martyrs would be happy for him to "come home" to his Church to do community service hours for he court at this Church.

As Carlos has his Associate's degree from Broward Community College and only a few classes remaining for his Bachelor's at Florida Atlantic University, he can be successful with the right program of rehabilitation. Since he is personable and sincere, his enthusiasm for success can be renewed. He is a young man that can be a good role model and example of bad behavior that has changed and gone right. He deserves that chance.

I am confident that Carlos can put back more than he has taken and our Church, his Church, is ready to help Carlos and the court in anyway.

Thank you for all consideration on his behalf.

Sincerely,

Rev. Michael Hoyer
Pastor

**St. Thomas Aquinas High School** • 2801 S.W. 12th Street • Ft. Lauderdale, FL 33312
P.O. Box 8578 • Ft. Lauderdale, FL 33310
Phone: (954) 581-0700 • Fax: (954) 581-8263



March 21, 2002

To Whom It May Concern:

It is with sincerity that I write to you today regarding **Carlos A. Navas** whom I have
known over the past 10 years.

Carlos was a student of mine while he attended St. Thomas Aquinas High School. I found
him to be a good student that was energetic and a caring attitude towards others. Carlos at
the time seemed to have direction and a sense of value toward life.

I am writing this letter to encourage some type of counceling that I feel as an educator for
over 35 years that this would be beneficial for this young man. My professional opinion
is I would like to see if sent for required treatment in the form of counceling that it may
be of some benefit for him. It has been my experience over the years to witness a positive
result with counceling so that the person could be more prductive to socity as a whole.

I ask the court to consider this request. Thank you for your attention in this matter.

Sincerely yours,

Rev. Guy P. Fenger, Ed.D.



Accredited By Southern Association of Colleges and Schools
Member of Southern Association of Independent Schools • National Catholic Education Association
• Broward County Non-Public Schools Association • Florida Association of Academic Non-Public Schools
• Florida Catholic Conference

Carlos Navas
Community Service

Matt Rosner
Suite Manager

Chad Whyte
Co-Historian

William Lai
Co-Historian

Cedric Bond
Programming

Reuben Doupe
Choirister

Pete Chaibongsai

Matt Gale

Lee Leshan

Matt Brearley



Fall 1996. Our first initiation into Phi Delta Theta - Florida Delta Chapter colonization ceremony.

Carlos A. Navas
3721 Riverland Road
Ft. Lauderdale, Fl 33312

Primary #
Cell (954) 295-2582
Home (954) 584-1731
E-mail: Ftlocal@aol.com

# Carlos A. Navas

**Objective**

To provide the highest level of service possible, in a friendly, efficient and cost effective manner while leaving the guest with an "I'll be back attitude" and most importantly have fun while doing so.

**Experience**

| 6/01-Current | The Grill House | Pompano Beach, Fl |
| | Supervisor: Carlos | (954) 785-2005 |

**Bartender**
- Responsible for nightly wine inventory.
- Responsible for training new servers.
- Responsible for accountability.

| 5/01-Current | Hyatt Regency Resort | Ft. Lauderdale, FL |
| | Supervisor: Ricardo | (954) 525-6666 |

**Banquet Bartender**
- Provide prompt service for high volume guests during cocktail hour.
- Responsible for bar set-up and clean up before and after event.
- Responsible for alcohol inventory at end of night.

| 10/00-5/01 | Cheese Cake Factory | Sunrise, Fl |
| | Supervisor: Steve | (954) 835-0966 |

**Waitperson**
- Noted for outstanding guest service.
- Awarded for several nightly sales/service contests.
- Responsible as shift leader and for personal accountability.

| 11/97-10/00 | Chilis' Bar & Grill | Plantation, Fl |
| | Supervisor: Pete Sanchez | (954) 424-7956 |

**Bartender, Mid-Manager, Expediter, Waitperson**
- Helped increase sales at the bar.
- Awarded for outstanding guest service.
- Certified trainer for all incoming new employees.

**Education**

| 1999-2002 | Florida Atlantic University | Davie, Fl |

- B.A., Historical Studies & Ethnic Minorities.

**Interests**

Meeting new people, photography, running, history, and computers.

CITY OF CHICAGO
DEPARTMENT OF HEALTH

MICHAEL A. BILANDIC
MAYOR

# Notification of Birth Registration

This is a notification that the following Record of Birth is registered and a copy preserved in the office of the Registrar of Vital Statistics at Chicago, Illinois.

**Name of Child**

NAVAS      |  CARLOS      |  ANTONIO

**Mother's Name**
ANGELICA

**Date of Birth**
06 07 78

**Address**
537 W MELROSE
CHICAGO, ILL.  60657

MALE 1 1 2

**Birth Number**
- 78 - 621337

MURRAY, Commissioner, Dept. of Health - D -

SEE OTHER SIDE

VSBN

We Relocated from Chicago to Ft. Lauderdale 5-1982

First Address: 411 SW 7 St   1982   Duplex A
                        Ft. Lauderdale Fla.

Second Address: Since 1984
                        873 W Dayton Circle
                        Ft. Lauderdale Fl.

Third Address: Since 1989
                        2940 SW 11 St
                        Ft. Lauderdale Fl

And Present: Since 4/1995
Address           3721 Riverland Rd
                        Ft. Lauderdale

My Children: Attended Before & After Schools & Day Care Summer C

Huddlett Day Care & Summer Camp
1900 SW 4th Ave   Ft. Lauderdale

Kidz Korner Nursery & Day Care
640 SW 27th Ave   Ft. Lauderdale

Grade Schools:
        North Elementary   PreK & K, 1st - 8th Our Lady Queen of Martyrs, 9th - 12th St. Thomas Aquinas H
1yr. University of Miami, BCC & Florida Atlantic University= Now Till

BATTERY | SECONDARY CLASSIFICATION SIMPLE (-507) | 330 | 232

620 | 717 MELROSE | SE 1ST FL. | 05 JUL 81 | 130C

APARTMENT 717 MELROSE | 59 | 2336

All information, descript... ...d statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIM**

510 | NAVAS ANGELITA T | F | White-Hispanic | X White-Hispanic | 13 DEC 5

717 MELROSE | 1ST FL. 549-0713 ANY | CHILD CARE | 266 1240

RESTRICTED INFORMATION
HAS BEEN DELETED

RECORD INQUIRY SECTION
CHICAGO POLICE DEPARTMENT

**CIRCUMSTANCES**

51 VICTIM INJURED X YES 2 NO | 52 LOCATION OF VICTIM ON PREMISES IN APARTMENT | 53 ARMS, NECK, FACE AND BACK MULTIPLE BRUISES LACERATIONS | 54 IF VICTIM HOSPITALIZED, STATE WHERE ST. JOSEPHS HOSP

55 WEAPON | OTHER WEAPON (SPECIFY TYPE) N

56 POSSIBLE POINT OF ENTRY D—N—A | 57 POSSIBLE POINT OF EXIT O—N—A | 58 OTHER MEANS OF ATTACK (OR POSSIBLE TOOL(S) USED) HANDS & FEET | 59 HOW MEANS OF ATTACK USED FIGHT

60 BURG ALARM ON PREMISES D—N—A | 61 ALARM CIRCUMVENTED O—N—A | 62 IF SAFE BURGLARY, METHOD USED | 63 IF RESIDENCE, WHERE WERE OCCUPANTS?

64 UNUSUAL CHARACTERISTICS OF CRIME (TRADE MARKS) N — A D—N—A | 65 TYPE OF PROPERTY DAMAGED

**PROPERTY**

RESTRICTED INFORMATION
HAS BEEN DELETED

RECORD INQUIRY SECTION
CHICAGO POLICE DEPARTMENT

**PERSONNEL**

1545 | NORMAL

620 | 95 REPORTING OFFICER'S NAME (PRINT) W. LITTLE | STAR NO. 2447 William Little | JUL 81 | 1545

96 REPORTING OFFICER'S NAME (PRINT)



**City of Chicago**
Jane M. Byrne, Mayor

**Department of**
**Human Services**

Lenora T. Cartright
Commissioner

Broadway Victim/Witness
Advocacy Project
4554 North Broadway
Chicago, Illinois 60640
(312) 989-2738

*Feb 10, 1981*

Dear *Angelica Novas*

It has come to our attention that you have been a recent victim of a crime. As a result of your victimization you may be eligible for compensation through the Illinois Crime Victims Compensation Act.

The Victim/Witness Advocacy Project has been established to assist you with any difficulities you may have regarding;

1.   Court appearances.
2.   Information on your case as it progresses in the courts.
3.   Filing for compensation.
4.   Other kinds of problems you and your family may have because of a crime.

We are anxious to serve you. Please contact our office by call-ing 989-2738 between the hours of 9:00 a.m. and 5:00 p.m., Monday through Friday.

Sincerely,

Victim Service Specialist

DHS-2511

On Behalf of

The Cerebral Palsy Children and Adults

of Broward County

# UNITED CEREBRAL PALSY

gratefully presents this citation to



## CARLOS NAVAS

*For your kind interest and support*

Our Lady Queen of Martyrs

School

# Second Honors

Class Standing

Carlos                    Navas

Class 1st Grade          March 22 19 85

Signed _____

The Catholic Students Press, Philadelphia

---

Our Lady Queen of Martys

School

# Second Honors

Class Standing

Carlo Navas

Class 2-16  19   March 26 19 86

Signed _____

The Catholic Students Press, Philadelphia

# ARCHDIOCESE OF MIAMI
# RECORD OF PROGRESS

**STUDENT:** Navas, Carlos
**SCHOOL:** CICM  **GRADE:** 2nd
**TEACHER:** Miss Colleen Loving

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **RELIGION** Knowledge of Christian Doctrine | B+ | B+ | A | A | A |
| **READING** | | | | | |
| oral reading | | | | | |
| total reading skills | B | B | B | B | B |
| comprehension | | B | B | B | |
| decoding skills | | | | | |
| **PHONICS** | | | | | |
| **SPELLING** masters assigned words | B | B+ | B | B | B |
| **HANDWRITING** | | | | | |
| transfers to daily work | B | B | B | B | B |
| formation | | B | C | B | |
| printing | | | | | |
| **ENGLISH** | | | | | |
| oral expression | B | B | A | B | |
| written expression | | A | C | B | |
| **MATHEMATICS** | | | | | |
| computation | B | A | B | B | |
| problem solving | | B | B | B | |
| time/monetary value | | | | | |
| **SOCIAL STUDIES** | | | | | |
| understands concepts | | | | | |
| participates | | B | B | B | |
| **SCIENCE** | | | | | |
| understands concepts | | | | | |
| participates | | B | B | B | |
| **ART** enjoys and appreciates | | 5 | 2 | 2 | |
| **MUSIC** enjoys and appreciates | | 3 | 2 | 2 | |
| **FOREIGN LANGUAGE** enjoys and appreciates | | 5 | 2 | 2 | |

| PERSONAL GROWTH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| assumes responsibility | | 2 | 2 | 2 | 2 |
| shows self control | 3 | 2 | 2 | 2 | 2 |
| respects authority | 2 | 2 | 2 | 2 | 2 |
| respects school property | | 2 | 2 | 2 | 2 |
| wears proper school uniform | 2 | 2 | 2 | 2 | 2 |
| is courteous and kind | 2 | 2 | 2 | 2 | 2 |
| follows directions | 2 | 2 | 2 | 2 | 2 |
| completes assigned work | 2 | 2 | 2 | 2 | 2 |
| cares for books and equipment | 2 | 2 | 2 | 2 | 2 |
| is willing to learn | 2 | 2 | 2 | 2 | 2 |
| is attentive in class | 2 | 2 | 2 | 2 | 2 |
| takes pride in work | 2 | 2 | 2 | 2 | 2 |
| uses school time wisely | 2 | 2 | 2 | 2 | 2 |

| GENERAL | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 2 | 2 | 2 | 2 | 2 |

| RECORD OF ATTENDANCE | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| DAYS ABSENT | 0 | 4 | 6 | 2 | 12 |
| DAYS TARDY | 2 | 7 | 2 | 2 | 6 |

**EVALUATION KEY:**
A (100-95) EXCELLENT
A- (94-92)
B+ (91-89)
B (88-86) VERY GOOD
B- (85-83)
C+ (82-80)
C (79-77) SATISFACTORY
C- (76-74)
D (73-70) IMPROVEMENT NEEDED
F (69-0) FAILURE

FOR CONDUCT, EFFORT AND PERSONAL GROWTH:
1. Outstanding
2. Satisfactory
3. Needs Improvement
FOR SUB-HEADINGS:
+ Indicates special strength
√ Indicates area of difficulty

**COMMENTS:**

**STUDENT:** Navas, Carlos
**SCHOOL:** OLQM   **GRADE:** 3-14
**TEACHER:** Mrs. Maria Guerrero

# ARCHDIOCESE OF MIAMI
## RECORD OF PROGRESS

| PERSONAL GROWTH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| assumes responsibility | 2 | 2 | 2 | 2 | 2 |
| shows self control | 2 | 2 | 2 | 2 | 2 |
| respects authority | 2 | 2 | 1 | 1 | 1 |
| respects school property | 1 | 1 | 1 | 1 | 1 |
| wears proper school uniform | 1 | 1 | 2 | 2 | 2 |
| is courteous and kind | 2 | 2 | 2 | 2 | 2 |
| follows directions | 3 | 2 | 2 | 2 | 2 |
| completes assigned work | 1 | 1 | 1 | 1 | 1 |
| cares for books and equipment | 2 | 2 | 2 | 2 | 2 |
| is willing to learn | 2 | 2 | 3 | 3 | 2 |
| is attentive in class | 2 | 2 | 3 | 3 | 2 |
| takes pride in work | 2 | 2 | 2 | 2 | 2 |
| uses school time wisely | 2 | 2 | 2 | 2 | 2 |

| GENERAL | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 2 | 2 | 2 | 2 | 2 |

| RECORD OF | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| ATTENDANCE | | 45 | | | |
| DAYS ABSENT | 2 | 1 | 1 | 6 | 10 |
| DAYS TARDY | 3 | 3 | 11 | 15 | 29 |

### EVALUATION KEY:
A  (100-95)  EXCELLENT
A- (94-92)
B+ (91-89)
B  (88-86)  VERY GOOD
B- (85-83)
C+ (82-80)
C  (79-77)  SATISFACTORY
C- (76-74)
D  (73-70)  IMPROVEMENT NEEDED
F  (69-0)   FAILURE
FOR CONDUCT, EFFORT AND PERSONAL GROWTH:
1. Outstanding
2. Satisfactory
3. Needs Improvement
FOR SUB-HEADINGS:
+ Indicates special strength
✓ Indicates area of difficulty

COMMENTS: _____

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **RELIGION** | | | | | |
| Knowledge of Christian Doctrine | B- | B+ | B | C+ | B |
| | | 2/2 | 11 | 4/4 | |
| **READING** | | | | | |
| quarter level: | C | C+ | B- | B | C |
| oral reading skills | | | | | |
| comprehension | | | | | |
| decoding skills | | | | | |
| **PHONICS** | 2/3 | 2/3 | A- | A+ | A+ |
| | | 2/2 | 2/2 | | B |
| **ENGLISH** | A- | B | B- | C | B |
| oral expression | | | | | |
| composition | | | | | |
| grammar | | | | | |
| **SPELLING** | A- | B | A- | B- | B |
| masters assigned words | | | | | |
| transfers to daily work | | | | | |
| **HANDWRITING** | b- | B | B- | B- | B- |
| masters letter formation | | | | | |
| transfers to daily work | | | | | |
| **MATHEMATICS** | B | B | C | C- | B- |
| computation | | | | | |
| problem solving | | | | | |
| time/monetary value | 2/2 | 2 | 2/2 | 2/2 | |
| **SOCIAL STUDIES** | A | B+ | B+ | C | B |
| understands concepts | | | | | |
| participates | | | | | |
| **SCIENCE** | A | B- | D | C- | C |
| understands concepts | | | | | |
| participates | | | | | |
| **ART** | B | B | B+ | B | B |
| enjoys and appreciates | | | | | |
| | 2/2 | 2 | 2/2 | 2/2 | |
| **MUSIC** | B | B+ | B+ | A | B |
| enjoys and appreciates | | | | | |
| | 2/2 | 2 | 2/2 | 2/2 | |

**STUDENT:** Navas, Carlos   **Grade:** 4-15
**HOMEROOM TEACHER:** Ms. Betty Bolvino

# ARCHDIOCESE OF MIAMI
## RECORD OF PROGRESS

| RELIGION | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Knowledge of Christian Doctrine | B+ | B | A- | B |  |
| Teacher | | 2/2 | 2/2 | 2/2 | |

| READING | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B+ | B+ | B | C | B |
| oral reading skills | | | | | |
| comprehension | | | | | |
| CONDUCT | 2 | 2 | 2 | 2 | 3 |
| EFFORT | 2 | 2 | 2 | 3 | 3 |

| ENGLISH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | C | C | C | B+ | C+ |
| grammar | | | | | |
| composition | | | | | |
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 2 | 2 | 3 | 2 | 2 |

| HANDWRITING | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B | C | C | B- | B- |
| | 1/2 | 2/2 | 2/2 | 2/2 | 2/2 |

| VOCABULARY | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | | | | | |

| SPELLING | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B | B | B | B | B |

| MATHEMATICS | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | C | C+ | C+ | B-| B |
| computation | | | | | |
| problem solving | | | | | |
| geometry/algebra | | | | | |
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 3 | 2 | 1 | 1 | 1 |

| SOCIAL STUDIES | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | A | B+ | B+ | B+ | B+ |
| understands concepts | | | | | |
| participates | | | | | |
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 1 | 2 | 1 | 2 | 1 |

| SCIENCE | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B | B+ | B+ | B+ | B+ |
| understands concepts | | | | | |

| PHYSICAL EDUCATION | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | A | A | A | A | A |
| listens/follows directions | | | | | |
| shows good sportmanship | | | | | |
| is prepared for class | | | | | |
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 1 | 1 | 1 | 1 | 1 |

| ART: enjoys/appreciates | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B | B | B | B | B |
| CONDUCT | 2 | 2 | 2 | 2 | 2 |
| EFFORT | 2 | 2 | 2 | 2 | 2 |

| MUSIC: enjoys/appreciates | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B | B | | | B- |
| CONDUCT | 2 | 2 | | | 2 |
| EFFORT | 2 | 2 | | | 2 |

| FOREIGN LANGUAGE | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | | | | | |
| reads/speaks | | | | | |
| comprehends | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |

| PERSONAL GROWTH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| assumes responsibility | 2 | 2 | 2 | 2 | |
| shows self-control | 2 | 2 | 2 | 2 | |
| respects authority | 1 | 1 | 2 | 1 | |
| wears proper school uniform | 1 | 1 | 1 | 1 | |
| completes assigned work | 2 | 2 | 2 | 2 | |
| cares for books and materials | 1 | 1 | 1 | 1 | |
| studies effectively | 2 | 1 | 2 | 2 | |
| uses school time wisely | 2 | 2 | 2 | 2 | |

**EVALUATION KEY:**
A: (100-95) EXCELLENT
A: (94-92)
B+ (91-89)
B (88-86)   VERY GOOD
B- (85-83)
C+ (82-80)
C (79-77)   SATISFACTORY
C (76-74)
D (73-70)   IMPROVEMENT NEEDED

**ARCHDIOCESE OF MIAMI**
**RECORD OF PROGRESS**

STUDENT: Navaa, Carlos  Grade: 5-6
HOMEROOM TEACHER: Mrs. Liz Philbrick

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **RELIGION** | | | | | |
| Knowledge of Christian Doctrine | | | | | |
| Teacher | | | | | |
| **READING** | | | | | |
| Teacher | | | | | |
| oral reading skills | | | | | |
| comprehension | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **ENGLISH** | | | | | |
| Teacher | | | | | |
| grammar | | | | | |
| composition | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **HANDWRITING** | | | | | |
| Teacher | | | | | |
| **VOCABULARY** | | | | | |
| Teacher | | | | | |
| **SPELLING** | | | | | |
| Teacher | | | | | |
| **MATHEMATICS** | | | | | |
| Teacher | | | | | |
| computation | | | | | |
| problem solving | | | | | |
| geometry/algebra | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **SOCIAL STUDIES** | | | | | |
| Teacher | | | | | |
| understands concepts | | | | | |
| participates | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **SCIENCE** | | | | | |
| Teacher | | | | | |
| understands concepts | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **PHYSICAL EDUCATION** | | | | | |
| Teacher | | | | | |
| listens/follows directions | | | | | |
| shows good sportsmanship | | | | | |
| Is prepared for class | | | | | |
| CONDUCT | 1 | 1 | 1 | 1 | 1 |
| EFFORT | 1 | 1 | 1 | 1 | 1 |
| **ART: enjoys/appreciates** | | | | | |
| Teacher | | | | | |
| CONDUCT | 2 | B | C+ | A- | B- |
| EFFORT | 3 | 2 | 1 | 1 | 2 |
| **MUSIC: enjoys/appreciates** | | | | | |
| Teacher | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **FOREIGN LANGUAGE** | | | | | |
| Teacher | | | | | |
| reads/speaks | | | | | |
| comprehends | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **PERSONAL GROWTH** | | | | | |
| assumes responsibility | 2 | 2 | 2 | 2 | |
| shows self-control | 2 | 2 | 2 | 2 | |
| respects authority | 2 | 2 | 2 | 2 | |
| wears proper school uniform | 2 | 2 | 2 | 2 | |
| completes assigned work | 2 | 2 | 1 | 2 | |
| cares for books and materials | 2 | 2 | 2 | 2 | |
| studies effectively | 2 | 2 | 1 | 2 | |
| uses school time wisely | 2 | 2 | 2 | 2 | |

**EVALUATION KEY:**
A (100-95) EXCELLENT
A- (94-92)
B+ (91-89)
B (88-86) VERY GOOD
B- (85-83)
C+ (82-80)
C (79-77) SATISFACTORY
C- (76-74)
D (73-70) IMPROVEMENT NEEDED

# THIS CERTIFIES THAT

## CARLOS NAVAS

has achieved the high standard of excellence in

### CHAPTER I

and is awarded this

# Certificate of Achievement

At OUR LADY QUEEN OF MARTYRS SCHOOL this 3rd day of JUNE 19 88

Mrs. Mahew

ACHIEVEMENT · GRACE · HONOR · VALOR · MERIT




CERTIFICATE OF

# Perfect Attendance

THIS HONOR IS BESTOWED UPON

CARLOS NAVAS

in recognition of the perfect attendance record

for the period ___ JANUARY 13 ___ 19 88 ___ to ___ JUNE 3 ___ 19 88

at OUR LADY QUEEN OF MARTYRS School this ___ 3rd ___ day of ___ JUNE ___ 19 88

Mrs. Madden
INSTRUCTOR

_____
PRINCIPAL

3 ©COPYRIGHT, 1977, HAYES SCHOOL PUBLISHING CO., INC., WILKINSBURG, PA.

# ARCHDIOCESE OF MIAMI
## RECORD OF PROGRESS

**STUDENT:** Navas, Carlos   **Grade:** 5-6
**HOMEROOM TEACHER:** Mrs. Liz Philbrick

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **RELIGION** | | | | | |
| Knowledge of Christian Doctrine | | | | | |
| Teacher | | | | | |
| **READING** | | | | | |
| Teacher | | B+ | C+ | B+ | B |
| oral reading skills | | | | | |
| comprehension | | | | | |
| CONDUCT | | 2 | 2 | 2 | 2 |
| EFFORT | | 2 | 2 | 2 | 2 |
| **ENGLISH** | | | | | |
| Teacher | | | | | |
| grammar | | | | | |
| composition | | | | | |
| CONDUCT | | 2 | 2 | 2 | 2 |
| EFFORT | | 2 | 2 | 2 | 2 |
| **HANDWRITING** | | | | | |
| Teacher | | B+ | B | B+ | B |
| **VOCABULARY** | | | | | |
| Teacher | | | | | |
| **SPELLING** | | | | | |
| Teacher | | B+ | C+ | B+ | B |
| **MATHEMATICS** | | | | | |
| Teacher | | B+ | C+ | B+ | B |
| computation | | | | | |
| problem solving | | | | | |
| geometry/algebra | | | | | |
| CONDUCT | | 2 | 2 | 2 | 2 |
| EFFORT | | 2 | 2 | 1 | 1 |
| **SOCIAL STUDIES** | | | | | |
| Teacher | | B | C | A | B |
| understands concepts | | | | | |
| participates | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **SCIENCE** | | | | | |
| Teacher | | D | A | C | |
| understands concepts | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **PHYSICAL EDUCATION** | | | | | |
| Teacher | A | A | A | A | A |
| listens/follows directions | | | | | |
| shows good sportsmanship | | | | | |
| Is prepared for class | | | | | |
| CONDUCT | 1 | 1 | 1 | 1 | 1 |
| EFFORT | 1 | 1 | 1 | 1 | 1 |
| **ART: enjoys/appreciates** | | | | | |
| Teacher | B | B | C+ | A- | B- |
| CONDUCT | 2 | 2 | 1 | 1 | 2 |
| EFFORT | 3 | 2 | 2 | 1 | 2 |
| **MUSIC: enjoys/appreciates** | | | | | |
| Teacher | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **FOREIGN LANGUAGE** | | | | | |
| Teacher | | | | | |
| reads/speaks | | | | | |
| comprehends | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |
| **PERSONAL GROWTH** | | | | | |
| assumes responsibility | 2 | 2 | 2 | 2 | 2 |
| shows self-control | 2 | 2 | 2 | 2 | 2 |
| respects authority | 2 | 2 | 2 | 2 | 2 |
| wears proper school uniform | 2 | 2 | 2 | 2 | 2 |
| completes assigned work | 2 | 2 | 1 | 2 | 2 |
| cares for books and materials | 2 | 2 | 2 | 2 | 2 |
| studies effectively | 2 | 2 | 2 | 2 | 2 |
| uses school time wisely | 2 | 2 | 1 | 2 | 2 |

**EVALUATION KEY:**
A (100-95) EXCELLENT
A- (94-92)
B+ (91-89)
B (88-86) VERY GOOD
B- (85-83)
C+ (82-80)
C (79-77) SATISFACTORY
C- (76-74)
D (73-70) IMPROVEMENT NEEDED

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **SOCIAL STUDIES** Teacher Sr. Jeannine Holway, OP | B | B+ | B | B | B |
| participates | | | | | |
| understands concepts | S | S | S | S | S |
| CONDUCT | S | S | S | S | S |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **SCIENCE** Teacher Mrs. O. Sayres | B+ | B+ | A | C | B |
| participates | O | | | | |
| understands concepts | O | S | S | S | S |
| CONDUCT | O | S | O | S | S |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **FINE ARTS** Teacher Mrs. C. Skov | B+ | A | B | B | B |
| participates | S | O | S | S | S |
| CONDUCT | S | O | O | S | S |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **MUSIC** Teacher | | | | | |
| participates | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| CONDUCT | | | | | |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **COMPUTER** Teacher Mrs. M. Damiano | A | B | A | A | A |
| participates | | | | | |
| listens/follows directions | | | | | |
| skills development | | | | | |
| CONDUCT | S | S | S | S | S |
| EFFORT | S | S | O | S | S |

| **PERSONAL GROWTH** | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| assumes responsibility | O | | | | |
| cares for books & materials | | | | | |
| completes assigned homework/classwork | | | | | |
| has good manners | | | | | |
| is attentive | | | | | |
| listens & follows directions | | | | | |
| respects authority | | | | | |
| respects school property | | | | | |
| show self-control | | | | | |
| takes pride in work | | | | | |
| uses school time wisely | L | H | | | |
| wears proper school uniform | | | | | |

Copyright © 1990 TREND GRAPHICS

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **RELIGION** Teacher Mrs. O. Sayres | A | A+ | A+ | B+ | A |
| participates | | | | | |
| knowledge of Christian Doctrine | S | S | O | S | S |
| CONDUCT | S | S | O | O | O |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **READING** Teacher Mrs. J. Judd | B | B | A | C | B |
| participates | | | | | |
| reading skills | | | | | |
| word/decoding skills | | | | | |
| comprehension | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **ENGLISH** Teacher Ms. S. Graham | | | | | |
| participates | S | S | S | S | S |
| composition/creative writing | | | | | |
| oral expression | | | | | |
| CONDUCT | S | S | S | S | S |
| EFFORT | S | O | O | S | S |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **SPELLING/VOCABULARY** Teacher Mrs. O. Sayres | A | B+ | A | A | A |
| participates | | | | | |
| application | | | | | |
| CONDUCT | S | S | S | S | S |
| EFFORT | S | O | S | O | S |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **HANDWRITING** Teacher | | | | | |
| neat to daily work | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **PHYSICAL EDUCATION** Teacher Mr. C. Hill | A | A | MED | MED | MED |
| participates | | | | | |
| listens/follows directions | | | | | |
| dressed for class | | | | | |
| shows good sportsmanship | S | S | | | |
| CONDUCT | S | S | | | |
| EFFORT | | | | | |

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **MATHEMATICS** Teacher Mrs. O. Sayres | B | B+ | A | B | B+ |
| participates | | | | | |
| concepts & application | O | | | O | |
| computation | | | | | |
| problem solving | | | | | |
| CONDUCT | S | S | S | S | S |
| EFFORT | S | O | O | S | O |

RECORD OF ATTENDANCE

| | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| DAYS PRESENT | | | | | |
| DAYS ABSENT | 8 | 2 | 1 | 0 | 2 |
| DAYS TARDY | 0 | 0 | 1 | 0 | 1 |

EVALUATION KEY:

A+ (98-100)  EXCELLENT
A  (93-97)
B+ (90-92)  VERY GOOD
B  (85-89)
C+ (82-84)
C  (77-81)  SATISFACTORY
D  (70-76)  IMPROVEMENT NEEDED
F  (60-69)  FAILURE

X = NOT EVALUATED DURING THIS GRADING PERIOD

FOR SUB-HEADINGS: (marked as needed)
+  Indicates special strength
/  Indicates area of difficulty

PLACEMENT FOR: 19 90 - 19 91

GRADE:

PRINCIPAL:

DATE: 6/13/90

**SOCIAL STUDIES**

Teacher: Mrs. E. Paolozzi

|  | A1 | A1 | B | A | B+ |
|---|---|---|---|---|---|
| participates |  |  |  |  |  |
| understands concepts |  | B | B |  |  |
| CONDUCT | A | A | A | A | A |
| EFFORT | A | A | C | A | A |

**SCIENCE**

Teacher: Ms. B. Clark

|  | D | B | A | B | B |
|---|---|---|---|---|---|
| participates |  |  |  |  |  |
| understands concepts | B | A | A | B | B |
| CONDUCT | A | A | A | A | A |
| EFFORT | A | A | A | A | B+ |

**FINE ARTS**

Teacher: Mrs. C. Skok

|  | B | A | B | A | B |
|---|---|---|---|---|---|
| participates |  |  |  |  |  |
| CONDUCT | A | A | B | B |  |
| EFFORT | A | A | B | A |  |

**MUSIC**

Teacher:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| participates |  |  |  |  |  |
| CONDUCT |  |  |  |  |  |
| EFFORT |  |  |  |  |  |

| CONDUCT |  |  |  |  |  |
|---|---|---|---|---|---|
| EFFORT |  |  |  |  |  |

**COMPUTER**

Teacher: Mrs. M. Damiano

|  | A | B | B | A |  |
|---|---|---|---|---|---|
| participates |  |  |  |  |  |
| listens/follows directions |  |  |  |  |  |
| skills development |  |  |  |  |  |
| CONDUCT |  |  |  |  |  |
| EFFORT | B | A | B | B |  |

**PERSONAL GROWTH**

| assumes responsibility |  |  |  |  |  |
|---|---|---|---|---|---|
| cares for books & materials |  |  |  |  |  |
| completes assigned homework/classwork |  |  |  |  |  |
| has good manners |  |  |  |  |  |
| is attentive |  |  |  |  |  |
| listens & follows directions |  |  |  |  |  |
| respects authority |  |  |  |  |  |
| respects school property |  |  |  |  |  |
| shows self-control |  |  |  |  |  |
| takes pride in work |  |  |  |  |  |
| uses school time wisely |  |  |  |  |  |
| wears proper school uniform |  |  |  |  |  |

| ...GION | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| ...er | A | A+ | B | A | A |
| ...ates | | | | | |
| ...edge of Christian Doctrine | | | | | |
| ...UCT | 5 | 5 | 5 | 5 | 5 |
| ...RT | 5 | 5 | 5 | 5 | 5 |

| ...ING | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| | B | B | A | B | B+ |
| ...er | | | | | |
| ...ates | | | | | |
| ...ading skills | | | | | |
| ...s/decoding skills | | | | | |
| ...ehension | | | | | |
| ...UCT | 5 | 5 | 3 | 5 | 5 |
| ...T | 5 | 5 | 5 | 5 | 5 |

| ...SH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| ...r | B | A | C | B | B |
| ...ates | | | | | |
| ...ition/creative writing | | | | | |
| ...ar | | | | | |
| ...ression | | | | | |
| ...UCT | 5 | 5 | 5 | 5 | 5 |
| ...T | 5 | 5 | B | 5 | 5 |

| ...ING/VOCABULARY | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| | B | B | A | B | B+ |
| ...ates | | | | | |
| ...ion | | | | | |
| ...UCT | 5 | 5 | 5 | 5 | 5 |
| ...T | 5 | 5 | 5 | 5 | 5 |

| ...RITING | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| ...to daily work | | | | | |
| ...CT | | | | | |

| ...AL EDUCATION | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| | A | A | A | A | A |
| ...es | | | | | |
| ...llows directions | | | | | |
| ...ed for class | | | | | |
| ...od sportsmanship | | | | | |
| ...CT | 5 | 5 | 5 | 5 | 5 |
| | 0 | 0 | 0 | | 0 |

| ...IATICS | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| | A | B | C+ | A | B |
| ...es | | | | | |
| ...& application | | | | | |
| ...on | | | | | |
| ...olving | | | | | |
| ...T | 5 | I | 5 | 5 | 5 |
| | 0 | 5 | 5 | 0 | 0 |

8 grade

| SOCIAL STUDIES | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | A | A | A B | B | A |
| participates | | | | | |
| understands concepts | | | | | |
| CONDUCT | 0 | 5 | 5 | 5 | 5 |
| EFFORT | 0 | 5 | 5 | 5 | 5 |

| SCIENCE | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | A | B | A | B | B+ |
| participates | | | | | |
| understands concepts | | | | | |
| CONDUCT | 5 | I | 5 | 5 | 5 |
| EFFORT | 0 | 5 | 0 | 5 | 5 |

| ART | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B+ | A | A | A | A |
| participates | | | | | |
| CONDUCT | 0 | 0 | 0 | 0 | 0 |
| EFFORT | 0 | 0 | 0 | 0 | 0 |

| MUSIC | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | | | | | |
| participates | | | | | |
| CONDUCT | | | | | |
| EFFORT | | | | | |

| Spanish | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| | A | A | A | A+ | A |
| | | | | | |
| CONDUCT | 5 | 5 | I | 5 | 5 |
| EFFORT | 5 | 0 | 5 | 5 | 5 |

| COMPUTER | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| Teacher | B+ | A | A | B+ | B+ |
| participates | | | | | |
| listens/follows directions | | | | | |
| skills development | | | | | |
| CONDUCT | 5 | 0 | 0 | 0 | 0 |
| EFFORT | 5 | 0 | 0 | 0 | 0 |

| PERSONAL GROWTH | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| assumes responsibility | 0 | 5 | | | |
| cares for books & materials | 0 | 5 | I | 5 | 5 |
| completes assigned homework/classwork | 0 | 5 | 5 | 5 | 5 |
| has good manners | 0 | 5 | I | 5 | 5 |
| is attentive | 0 | 5 | 5 | 5 | 5 |
| listens & follows directions | 0 | 5 | 5 | 5 | 5 |
| respects authority | 0 | 5 | 5 | 5 | 5 |
| respects school property | 0 | 5 | 5 | 5 | 5 |
| show self-control | 0 | 5 | 5 | 5 | 5 |
| takes pride in work | 0 | 5 | 5 | 5 | 5 |
| uses school time wisely | 0 | 5 | I | 5 | 5 |
| wears proper school uniform | 0 | 5 | 5 | 5 | 5 |

Copyright © 1990 TREND GRAPHICS

# Archdiocese of Miami



### Our Lady Queen of Martyrs School
#### Fort Lauderdale, Florida

### This Certifies That

## Carlos Navas

has completed satisfactorily the course of study prescribed for elementary schools by the Department of Education of the Archdiocese of Miami. In testimony whereof this

# Diploma

is awarded this seventh day of June, in the year of our Lord one thousand nine hundred and ninety-two.

Rev. Michael Hoyer
**Pastor**

Marle W. Lynn
**Principal**

Edward A. M. Carthy
**Archbishop of Miami**

Sister M. Norma Herrera, O.S.F.N.
**Superintendent of Schools**

Our Lady Queen of Martyrs
Catholic School

*Effort Card*

*Carlos Navas*

is recognized for outstanding effort in the performance of
all academic responsibilities.

*Jane Judd*
**Teacher**

*Jan. 1992*
**Date**

*Mark W. Lynn*
**Principal**

*Our Lady Queen of Martyrs*
School

**Second** **Honors**

Class Standing

*Carlos Navas*

Class ___8___   Oct, ___ 19_91_

Signed _____   *Principal*

The Catholic Students Press, Philadelphia

---

*Our Lady Queen of Martyrs*
School

**Second** **Honors**

Class Standing

*Carlos Navas*

Class _8th_   of   _June, 5_   19_92_

Signed _____

The Catholic Students Press, Philadelphia

# Certificate of Excellence

## THIS HONOR IS BESTOWED UPON

*Carlos Navas*

for Excellence in

*8th ~ History*

led at *OLAM*

*1* day of *June* 19*92*

*Mark W. Lynn, Principal*

ISHING CO. INC. WILKINSBURG, PA



# REPORT CARD

PAGE

| STUDENT NAME | NUMBER | GRADE | SCHOOL NAME |
|---|---|---|---|
| NAVAS CARLOS A. | 963090 | 09 | ST THOMAS AQUINAS HIGH SCHOOL |

|  | CREDITS EARNED | G.P.A | AVERAGE | DAYS ABSENT | TIMES TARDY | HOMEROOM 113 ROOM |
|---|---|---|---|---|---|---|
| REPORT PERIOD 4 |  |  | 3.167 | 3.0 | 0 | MRS. I. JIME |
| SEMESTER 2 | 3.0 | 3.5 |  | 4.0 | 0 |  |
| CURRENT YEAR | 6.0 | 3.333 |  | 6.0 | 0 |  |
| CUMULATIVE | 7.0 | 3.333 |  |  |  |  |

| COURSE | SEC | DESCRIPTION | TEACHER |  | OCT 92 MARK ABS | JAN 93 MARK ABS | MAR 93 MARK ABS | JUN 93 MARK ABS | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | 06 | ENG 1 | MRS. J. CABANA | QUARTER | 88 1 | 85 2 | 91 2 | 85 3 | CREDIT VALUE 1. |
|  |  |  |  | CONDUCT | 1 | 2 | 2 | 3 | |
|  |  |  |  | INDUSTRY | 1 | 2 | 2 | 3 | CREDIT EARN. 1. |
|  |  |  |  | SEM 1 |  | 87 |  |  | |
|  |  |  |  | SEM 2 |  |  |  | 88 | CLASS AVG. COURSE AVG. |
| 20 | 03 | ALGEBRA 1 | MRS J. SMITH | QUARTER | 94 1 | 81 1 | 96 1 | 82 1 | CREDIT VALUE 1. |
|  |  |  |  | CONDUCT | 1 | 1 | 1 | 1 | |
|  |  |  |  | INDUSTRY | 1 | 2 | 2 | 3 | CREDIT EARN. 1. |
|  |  |  |  | SEM 1 |  | 88 |  |  | |
|  |  |  |  | SEM 2 |  |  |  | 89 | CLASS AVG. COURSE AVG. |
| 00 | 06 | WLD HIST | MRS. J. MOORE | QUARTER | 85 3 | 93 2 | 94 1 | 94 2 | CREDIT VALUE 1. |
|  |  |  |  | CONDUCT | 3 | 2 | 1 | 2 | |
|  |  |  |  | INDUSTRY | 3 | 1 | 2 | 1 | CREDIT EARN |
|  |  |  |  | SEM 1 |  | 89 |  |  | |
|  |  |  |  | SEM 2 |  |  |  | 94 | CLASS AVG. COURSE AVG. |
| 510 | 08 | BIBLE OLD T | MR STAUDENMEYER | QUARTER | 84 2 | 86 2 | 88 1 | 90 1 | CREDIT VALUE 1. |
|  |  |  |  | CONDUCT | 2 | 2 | 1 | 1 | |
|  |  |  |  | INDUSTRY | 2 | 2 | 1 | 1 | CREDIT EARN 1. |
|  |  |  |  | SEM 1 |  | 85 |  |  | |
|  |  |  |  | SEM 2 |  |  |  | 89 | CLASS AVG. COURSE AVG. |
| 591 | 01 | FRENCH 1 | MRS. S. BYRD | QUARTER | 93 1 | 90 2 | 94 1 | 92 1 | CRE |
|  |  |  |  | CONDUCT | 1 | 2 | 1 | 1 | |
|  |  |  |  | INDUSTRY | 1 | 2 | 1 | 2 | CREDIT EARN 1. |
|  |  |  |  | SEM 1 |  | 92 |  |  | |
|  |  |  |  | SEM 2 |  |  |  | 93 | CLASS AVG. COURSE AVG. |
| 710-1 | 03 | PER FIT/HLTH | MR. D. SHEPHERD | QUARTER | S 2 | S 1 | S 1 | S 2 | CREDIT VALUE 1. |
|  |  |  |  | CONDUCT | 2 | 1 | 1 | 2 | |
|  |  |  |  | INDUSTRY | 2 | 1 | 1 | 2 | CREDIT EARN 1. |
|  |  |  |  | SEM 1 |  | S |  |  | |
|  |  |  |  | SEM 2 |  |  |  | S | CL. AV. COURSE AVG. |

A=93-100 B=85-92 C=77-84 D=70-76 F=60-

| CONDUCT | INDUSTRY |
|---|---|
| 1 EXCELLENT | 1 ALWAYS PEREPARES WO |
| 2 ABOVE AVERAGE | 2 DOES ASSIGNED WORK |
| 3 AVERAGE | 3 NEEDS PRODDING |
| 4 UNSATISFACTORY | 4 NEEDS STEADY PRE |
| 5 PARENT CONFER. | 5 SELDOM WORKS |

SEMESTER FAILURES MUST BE MADE UP IN
NIGHT/SUMMER SCHOOL. THANKS TO ALL FO
OUR MANY ACADEMIC/ATHLETIC SUCCESSES.

PARENT/GUARDIAN OF
CARLOS A. NAVAS
2940 SW 11 STREET
FORT LAUDERDALE, FL.   33312

COPY ONE

*Saint Thomas Aquinas High School*

# Second Honors

Carlos Navas

Class __9__                    Date __4-93__

Rev. Vincent J. Kelly

**Principal**

---

*Saint Thomas Aquinas High School*

# Second Honors

Carlos Navas

Class __10__                    Date __6-15-94__

Rev. Vincent J. Kelly

**Principal**

| STUDENT NAME | NUMBER | GRADE | SCHOOL NAME |
|---|---|---|---|
| NAVAS CARLOS A. | 963096 | 10 | ST THOMAS AQUINAS HIGH SCHOOL |

| | CREDITS EARNED | G.P.A | AVERAGE | DAYS ABSENT | TIMES TARDY | HOMEROOM 226 ROOM SR. P. KALUSH |
|---|---|---|---|---|---|---|
| REPORT PERIOD 4 | | | 3.667 | | | |
| SEMESTER 2 | 3.0 | 3.5 | | 0.0 | 0 | |
| CURRENT YEAR | 6.0 | 3.167 | | 4.0 | 0 | |
| CUMULATIVE | 14.0 | 3.308 | | 4.0 | 0 | |

| COURSE | SEC | DESCRIPTION | TEACHER | | OCT 93 MARK ABS | JAN 94 MARK ABS | MAR 94 MARK ABS | JUN 94 MARK ABS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEYBOARDING | MISS M. DEVINE | QUARTER | 88 | 90 | | | CREDIT VALU 0. |
| | | | | CONDUCT | 2 | 2 | | | |
| | | | | INDUSTRY | 2 | 2 | | | CREDIT EARN |
| | | | | SEM 1 | | 89 | | | 0. |
| | | | | SEM 2 | | | | | CLASS AVG |
| 081-3 | 01 | CMPU WRD PRO | MRS. M. HOADLEY | | | | | | COURSE AVG |
| | | | | QUARTER | | | 91 | 90 | CREDIT VALU 0. |
| | | | | CONDUCT | | | 1 | 1 | |
| | | | | INDUSTRY | | | 2 | 2 | CREDIT EARN |
| | | | | SEM 1 | | | | | 0. |
| | | | | SEM 2 | | | | 91 | CLASS AVG |
| 705 | 03 | AMER LIT | MRS. J. CABANA | | | | | | COURSE AVG |
| | | | | QUARTER | 80 | 85 | 85 | 87 | CREDIT VALU 1. |
| | | | | CONDUCT | 2 | 2 | 2 | 1 | |
| | | | | INDUSTRY | 3 | 2 | 2 | 1 | CREDIT EARN |
| | | | | SEM 1 | | 83 | | | 1. |
| | | | | SEM 2 | | | | 89 | CLASS AVG |
| 240 | 09 | GEOMETRY | MRS J. SMITH | | | | | | COURSE AVG |
| | | | | QUARTER | 96 | 86 | 85 | 91 | CREDIT VALU 1. |
| | | | | CONDUCT | 1 | 1 | 1 | 1 | |
| | | | | INDUSTRY | 1 | 1 | 1 | 2 | CREDIT EARN |
| | | | | SEM 1 | | 91 | | | 1. |
| | | | | SEM 2 | | | | 88 | CLASS AVG |
| 212 | 07 | BIOLOGY 1 | MRS. S. NORMYLE | | | | | | COURSE AVG |
| | | | | QUARTER | 86 | 88 | 92 | 97 | CREDIT VALU |
| | | | | CONDUCT | 2 | 2 | 2 | 1 | |
| | | | | INDUSTRY | 2 | 2 | 2 | 1 | CRE |
| | | | | SEM 1 | | 87 | | | |
| | | | | SEM 2 | | | | 95 | CLASS AVG |
| 620 | 14 | NEW T/SACRAM | MISS M. FORNEY | | | | | | COURSE AVG |
| | | | | QUARTER | 87 | 93 | 92 | 94 | CREDIT VALU 1. |
| | | | | CONDUCT | 1 | 2 | 2 | 2 | |
| | | | | INDUSTRY | 1 | 1 | 1 | 2 | CREDIT EARN |
| | | | | SEM 1 | | 90 | | | 1. |
| | | | | SEM 2 | | | | 93 | CLASS AVG |
| 105 | 02 | FRENCH 2 | MRS. S. BYRD | | | | | | COURSE AVG |
| | | | | QUARTER | 92 | 91 | 90 | 95 | CREDIT VALU 1. |
| | | | | CONDUCT | 2 | 2 | 2 | 1 | |
| | | | | INDUSTRY | 2 | 2 | 2 | 1 | CREDIT EARN |
| | | | | SEM 1 | | 92 | | | 1. |
| | | | | SEM 2 | | | | 93 | CLASS AVG |
| | | | | | | | | | COURSE AVG |
| | | | | | | | | | CREDIT VALU |
| | | | | | | | | | CREDIT EARN |
| | | | | | | | | | CLASS AVG |
| | | | | | | | | | COURSE AVG |

A=93-100 B=85-92 C=77-84 D=70-76 F=60-

| CONDUCT | INDUSTRY |
|---|---|
| 1 EXCELLENT | 1 ALWAYS PREPARES WO |
| 2 ABOVE AVERAGE | 2 DOES ASSIGNED WORK |
| 3 AVERAGE | 3 NEEDS PRODDING |
| 4 UNSATISFACTORY | 4 NEEDS STEADY PRESSU |
| 5 PARENT CONFER. | 5 SELDOM WORKS |

ALL FAILURES MUST BE MADE UP IN SU
NIGHT SCHOOL.  OFFICE OPEN 8-12 SU
BEST WISHES.  GOD BLESS IN YOUR FUTUR

PARENT/GUARDIAN OF:
CARLOS A. NAVAS
3940 SW 11 STREET
FORT LAUDERDALE, FL.   33312

*Saint Thomas Aquinas High School*

# First Honors

Carlos Navas

Class _11_   Date _6-15-95_

Rev. Vincent J. Kelly
**Principal**

*Saint Thomas Aquinas High School*

# First Honors

Carlos Navas

Class _11_   Date _3-31-95_

Rev. Vincent J. Kelly
**Principal**

*Saint Thomas Aquinas High School*

# First Honors

Carlos Navas

Class _11_   Date _1-13-95_

Rev. Vincent J. Kelly
**Principal**

# REPORT CARD

01-13-95                                                                    PAGE   1      10

| STUDENT NAME | | NUMBER | GRADE | SCHOOL NAME |
|---|---|---|---|---|
| NAVAS CARLOS A. | | 963090 | 11 | ST THOMAS AQUINAS HIGH SCHOOL |

|  | CREDITS EARNED | G.P.A | AVERAGE | DAYS ABSENT | TIMES TARDY | HOMEROOM 405 ROOM |
|---|---|---|---|---|---|---|
| REPORT PERIOD 2 | | | 4.0 | 1.0 | 0 | MS B. NATIELLO |
| SEMESTER 1 | 3.0 | 4.0 | | 2.0 | 0 | |
| CURRENT YEAR | 3.0 | 4.0 | | 2.0 | 0 | |
| CUMULATIVE | 18.0 | 3.471 | | | | |

| COURSE | SEC | DESCRIPTION | TEACHER | | MARK ABS | MARK ABS | MARK ABS | MARK ABS |
|---|---|---|---|---|---|---|---|---|
| 175 | 04 | BRIT LIT | MISS K. KRUGMAN | QUARTER | 100 | 96 | | |
| | | | | CONDUCT | 1 | 1 | | |
| | | | | INDUSTRY | 1 | 1 | | |
| | | | | SEM 1 | | 98 | | |
| 260 | 09 | ALGEBRA 2* | MRS. N. KIMBLE | QUARTER | 91 | 87 | | |
| | | | | CONDUCT | 1 | 1 | | |
| | | | | INDUSTRY | 1 | 2 | | |
| | | | | SEM 1 | | 89 | | |
| 353 | 02 | CHEM 1* | MISS S MESSENGER | QUARTER | 91 | 88 | | |
| | | | | CONDUCT | 1 | 1 | | |
| | | | | INDUSTRY | 1 | 1 | | |
| | | | | SEM 1 | | 90 | | |
| 420 | 03 | AMER HIST | MR. M. ROBERTSON | QUARTER | 95 | 94 | | |
| | | | | CONDUCT | 1 | 1 | | |
| | | | | INDUSTRY | 1 | 1 | | |
| | | | | SEM 1 | | 95 | | |
| 520 | 02 | WLDREL/JUST+ | MR. J. MORINA | QUARTER | 92 | 93 | | |
| | | | | CONDUCT | 2 | 1 | | |
| | | | | INDUSTRY | 2 | 1 | | |
| | | | | SEM 1 | | 93 | | |
| 693 | 02 | FRENCH3 HN** | MRS. S. BYRD | QUARTER | 91 | 94 | | |
| | | | | CONDUCT | 1 | 1 | | |
| | | | | INDUSTRY | 2 | 2 | | |
| | | | | SEM 1 | | 93 | | |

A=93-100 B=85-92 C=77-84 D=70-76 F=
       CONDUCT              INDUSTRY
1 EXCELLENT         1 ALWAYS PREPARES
2 ABOVE AVERAGE     2 DOES ASSIGNED WO
3 AVERAGE           3 NEEDS PRODDING
4 UNSATISFACTORY    4 NEEDS STEADY PRE
5 PARENT CONFER.    5 SELDOM WORKS
PLEASE REMEMBER TO CHECK YOUR CALA
FOR SENIOR RINGDAY MASS AND GRANDPA
DAY.  GET YOUR TREASURE CHEST TICK

CARLOS A. NAVAS
2940 SW 11 STREET
FORT LAUDERDALE, FL.   33312



# St. Thomas Aquinas High School

Fort Lauderdale        Florida

This Certifies That

**Carlos Antonio Nuñas**

having satisfactorily completed all requirements for high school graduation as prescribed by the State of Florida and the Archdiocese of Miami is hereby awarded this

## Diploma

Given this month of May, nineteen hundred and ninety-six.

_Sister John Norton_
Principal

_+ John C. Favalora_
Archbishop of Miami

_Vincent J. Kelly_
Supervising Principal

Please Reply To: Post Office Box 8156 / Ft. Lauderdale, Florida 3



November 21, 1995

**E X E M P L A R Y**

**S C H O O L**

**A W A R D**

Dear *Carlos*,

**Congratulations!**

You have been selected for membership in the Veritas Chapter of the National Honor Society. Your selection was based upon careful consideration of your scholarship, leadership, service, and character by our faculty council.

The National Honor Society Induction Ceremony will be held on Thursday November 30, 1995, at 8:30 a.m.

You can dress-up for the ceremony. Please report to homeroom and then meet your parents in the cafeteria to prepare for the ceremony.

Sincerely,

*Sister John Norton*

Sr. John Norton
Principal

Accredited By Southern Association of Colleges and Sc
Member of Southern Association of Independent Schools ■ National Catholic Educa
Association ■ Broward County Non-Public School Association ■ Florida Assoc
of Academic Non-Public Schools ■ Florida Catholic Conf

# The National Honor Society

## Saint Thomas Aquinas

### Veritas Chapter

November 30, 1995

# Induction Ceremony

Lindsay Abbate
Frank Adams
Cynthia Arizaga
Robert Arrington
Andrea Asseff
Bronwyn Barrett
Keith Bisconti
Justin Boddy
Mikaila Brown
Cornelia Brandt
Lisa Buoniconti
Tara Burkitt
Christina Cabeza
Gina Camuccio
Jeanine Carbone
Karen Chuang
Mark Conforti
Melissa Cruz
Lindsey Demerit
Dianne Derby
Justin Donovan
Katherine Dover
Ryan Edmundson
Bruce Edwards
Katherine Elmore
Dawn Fagnan
Tara Ferguson
Crystal Ferrara
Annelisse Fifi
Nick Fiorella
Stacey Fontes
Gina Foster
Kelly Anne Foy
Kristen Frank
Staci Friese
Danielle Garcia
Matthew Gent
Marisa Govin

Daniel Gorman
Jennifer Hackett
Dana Heaney
Tania Hepburn
Christie Hoisek
Michele Kane
Christine Keegan
Brian Klink
Staven Knowles
Justin Kramm
Kerri Lehn
Marine LiFleur
Cory Lloyd
Heather Lucier
Catherine Marrero
Leah Masci
Ryan McMahon
Marie Payne
Jennifer Pierce
Ignacio Prado
Kimberly Quackenbush
Anna Riley
Christopher Reyes
Crystal Rozanski
Jeffrey Rudolph
Jennifer Rudolph
Andrea Schearer
Aduke Simpson
Jaime Sopher
Jennifer Stirk
Kari Sutter
Joyce Tan
Leonne Tanis
Fergus Thomas
Jennifer Valencia
Jason Wargin
Kenyatta Wilson
Melissa Young
Whitney Zink

# Program

| | |
|---|---|
| Processional | Ode to Joy |
| Invocation | Father Kelly |
| National Anthem | Crystal Ferrara |
| Presentation of Inductees | Father Kelly |
| | Sister John Norton |
| Candlelight Ceremony | |
| Scholarship | Nick Fiorella |
| Service | Tara Burkitt |
| Character | Jenn Pierce |
| Leadership | Brian Klink |
| Reflections | Father Kelly |
| Pledge | Joyce Tan |
| Recessional | STA band |

The National Honor Society extends a congratulations towards all new members and their families. Special thanks to the Saint Thomas Aquinas Band. Also an extra special thanks to all who have helped and supported the National Honor Society.

# Inductees

## Class of '96

| | | |
|---|---|---|
| Kathryn Alvora | | Julie McCormick |
| Carle Basse | | Carlos Navas |
| Stacy Batson | | Daniel Parrilli |
| Robin Bauer | | Manuel Payan |
| Jennifer Blevins | | Joni Roberts |
| Nicole Bolster | | Michelle Ruble |
| Carina Carrill | | Jairo Salazar |
| Anthony Cormier | | Tanya Sanguinetti |
| Alex Delapena | | Kenneth Siu |
| Lisa Ferry | | Andre Stroman |
| Kristyn Foster | | Robert Stultz |
| Andrea Jimenez | | Tracy Tassone |
| Kelly Keefe | | Peter Tiernan |
| Jason Kirmse | | Daniel Tolzien |
| Deborah Lawlor | | Joseph Virginia |

## Pledge

I pledge myself to uphold
The high purposes of the National Honor Society to which I have been selected;

I will be true to the principles for which it stands;
I pledge to maintain high scholastic standing,
To hold as fundamental and worthy
An untarnished character;
To endeavor intelligently and courageously
To be a leader,
And to give of myself freely in service to others.

I will be loyal to my school;
And in so doing, I shall prove myself worthy
Of a place in the National Honor Society.

NATIONAL HONOR SOCIETY

# Société Honoraire de Français

sous les auspices de l'AATF

La Présidente de la SHF certifie que

## Carlos Navas

est membre de la Société Honoraire de Français en raison de sa connaissance approfondie de la langue et de la culture françaises.

Le ...1995.....

P.O. le Secrétaire

## 1995 National French Contest
## Teacher Ranking Results, Florida

*Susan Fox Byrd at St. Thomas Aquinas School*

Level 1A

| Rank | Score | Name |
|------|-------|------|
| 8 | 73 | ABBERLEY, CHRIS |
| 13 | 68 | DARQUEA, DANIELA |
| 16 | 65 | ROSS, DAVID |
| 16 | 65 | SHARP, ERIN |
| 20 | 61 | MORALES, DEBBIE |
| 22 | 59 | ROJAS, JESSICA |
| 25 | 56 | EWING, CHOW |
| 25 | 56 | HURLEY, MARY |
| 25 | 56 | WATTS, SHANNON |
| 27 | 54 | REGAN, JACKIE |
| 34 | 47 | CHRISWISSER, KEVIN |
| 49 | 32 | SIECZKAREK, ALLISON |

Level 2A

| Rank | Score | Name |
|------|-------|------|
| 8 | 72 | YENGLE, JESSICA |
| 14 | 66 | VALENZUELA, JESSIC |
| 19 | 61 | MARTINEZ, SABRINA |
| 23 | 57 | CANTILLO, MARTIN |
| 27 | 53 | KLASH, AMY |
| 28 | 52 | MORON, ANDRES |
| 29 | 51 | PIERRE, LOUIS |
| 30 | 50 | TIGREROS, CAROLINA |
| 34 | 46 | ADJEMIAN, MICHAEL |
| 35 | 45 | KOZUBA, KELLY |
| 37 | 43 | NAPOLI, MARISA |
| 41 | 39 | BENJAMIN, RYAN |
| 41 | 39 | IACOBUCCI, WILLIAM |
| 44 | 36 | LLERA, JOANNA |
| 44 | 36 | WATSON, NADRA |
| 52 | 28 | SLLIS, SA |

Level 3A

| Rank | Score | Name |
|------|-------|------|
| 5 | 75 | BASSE, CARLA |
| 5 | 75 | SCHUTT, CONRAD |
| 7 | 73 | BEANS, GABBY |
| 10 | 70 | ANGUS, MAX |
| 18 | 62 | ESTEVEZ, MARTA |
| 19 | 61 | NAVAS, CARLOS |
| 22 | 58 | FRANK, KRISTEN |
| 22 | 58 | LIFLEUR, MARTINE |
| 24 | 56 | JIMENEZ, ANDREA |
| 25 | 55 | DANGOND, LUCIA |
| 28 | 52 | ELIE, STEPHANIE |
| 28 | 52 | KEEGAN, CHRISTINE |
| 31 | 49 | KNOWLES, STEVEN |
| 32 | 48 | HOISEK, CHRISTIE |

Level 4A

| Rank | Score | Name |
|------|-------|------|
| 2 | 75 | BRANDT, CORNELIA |
| 4 | 73 | ALLIEN, ISABELLE |
| 10 | 67 | BEDDOE, MARIE |
| 18 | 59 | ADKINS, AYANI |
| 25 | 52 | DANGOND, LI |

# Certificate of Award

## Presented to

**Carlos Navas**

In recognition of achievement in the activity indicated on the affixed seal.

## St. Thomas Aquinas High School

### Fort Lauderdale, Florida

British Literature

*Karen Krugman*
**Instructor**

*Sister John Norton*
**Principal**

St. Thomas Aquinas High School / 2801 S.W. 12th Street / Ft. Lauderdale, Florida 333
Phone (954) 581-0700 • Fax (954) 581-82
Please Reply To: Post Office Box 8156 / Ft. Lauderdale, Florida 333

December 11, 1995



Scholarship Committee
Office of Admissions
Elon College
Elon College, NC   27244

**E**
**X**
**E**
**M**
**P**
**L**

Dear Scholarship Committee:          RE:     **Carlos A. Navas**
                                              SS# 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

**A**
**R**
**Y**

It is INDEED a privilege for me to recommend the above-named student for your scholarship.    This exceptionally worthy candidate has proven himself to be a WINNER in all he undertakes.

**S**
**C**
**H**

"A gentleman and a scholar," are words that one faculty member used to describe Carlos.  He lives up to these words!  In the classroom he is not satisfied unless he has extended himself to do his very best ... drive that appears untiring!  The effort is sincere ... with excellent results.  He was invited into the National Honor Society as a junior, and his courseload has been demanding throughout his St. Thomas experience.  A member of a senior class that contains 32 students at some level of the National Merit/Achievement programs, Carlos competes with the best and the results are very commendable.   Some of his teachers are the most demanding I have been associated with in my 33 years as an educator.  In our system, though Honors and AP courses are weighted, it is still very difficult to obtain an **A** or **B**.  He shows excellent organizational skills and intense motivation to accomplish his very best.

**O**
**L**

**A**
**W**

As I have stated, Carlos is a gentleman who espouses high moral and religious values.  He is admired by our faculty and well liked by his peers.  He is well-rounded in life outside of the classroom. Carlos is athletic (Varsity Track and Cross Country) and service-minded.   His contributions to the spirit and success of our programs have not gone unnoticed.  Though he is not a leader in the "elected" sense of the word, he IS in the consistency, dedication, and overall role modeling that he demonstrates.   These attributes make him a leader in the eyes of most.  He is a "true and steady" contributor to any task or activity he undertakes.  ALWAYS providing far beyond what is expected or required.  He displays a maturity and commitment far beyond his years.  I believe he assumed many adult responsibilities in his family at an early age, and his bond and contributions to his family are very commendable and exceptional. In addition to what he accomplishes as a student and athlete and as a volunteer in numerous projects, Carlos works 20 - 24 hours each week ... to help pay tuition and with family expenses.  I believe, as do his teachers, that Carlos will continue to excel in his academic endeavors, achieve a remarkable career,and be one that will always put back more than he has taken.  I recommend him highly!

**K**
**D**

Very truly yours,

Liana J. Lang
Director of Guidance

Accredited By Southern Association of Colleges and Sch
Member of Southern Association of Independent Schools ■ National Catholic Educa
Association ■ Broward County Non-Public School Association ■ Florida Associa
of Academic Non-Public Schools ■ Florida Catholic Confer

St. Thomas Aquinas High School, 2801 S.W. 12th Street/Ft. Lauderdale, Florida,
Phone (305) 581-0700 • FAX (305) 581
Please Reply To: Post Office Box 8156/Ft. Lauderdale, Florida

October, 1995

To Whom It May Concern:

Regarding: Carlos A. Navas

It has been my pleasure to have had Carlos Navas in class for
the past 3 years in French I, II, and III Honors.  He has always
been at the top of my classes and his consistent A average in French
demonstrates that he is the kind of student who makes teaching a
worthwhile and creative experience.

He is fully prepared for every class, willingly participates, and challeng
himself to academic excellence.  He exhibits interest and enthusiasm,
establishes goals and works to accomplish them.  Linguistically, he
assimilates the basic vocabulary and structures and readily applies them
everyday situations.  His is always the creative answer; whether oral or
written response, he never takes the easy way out.  He strives for more
difficult structure even though he knows it will involve more errors on
his part.  Carlos is totally bilingual in Spanish and English and I
applaud his efforts to become trilingual!

Even as a Freshman, Carlos was very mature for his age.  He is reliable,
responsible, and his integrity is unquestionable.  He relates well with h
peers and has earned their respect.  His work is always on time and a mode
of organization and neatness.

Carlos is a well rounded individual with a very balanced approach to life.
He is a gifted athlete as well as being involved in may extra curricular
activities.  Carlos has a zest for life and living; he is a true optimist
with a very dry sense of humor who is always there to help in any way.
A true gentleman, he is sensitive to the needs and feelings of his peers.
He has participated in many French Club projects to raise money for the
children of Haiti and has been involved in many of our field trips.

This young man with a true "joie de vivre" will be a success in any field
or endeavor he chooses.  Personable and sincere, his enthusiasm is
infectious and permeates all aspects of his environment whether it be in
the classroom or on the athletic field.  He is a young man who can serve
as a role model to other teens as his values and goals are exemplary.

Carlos is one of those young people who seems to have it all together and
would truly relish and benefit from a college education.  I give him my
highest recommendation.  He will be a great asset to any school.

Susan Fox Byrd
French Instructor
Foreign Language Department Chairperson

Accredited By Southern Association of Colleges and Sci
Member of Southern Association of Independent Schools ■ National Catholic Educa
Association ■ Broward County Non-Public School Association ■ Florida Associa
of Academic Non-Public Schools ■ Florida Catholic Confer

# Broward Community College

## Fort Lauderdale, Florida

Be it known that the Board of Trustees of Broward Community College upon the recommendation of the Faculty has conferred upon

## Carlos A. Natias

the degree of

## Associate of Arts

with all the rights, honors, and privileges thereunto appertaining. Witness the Seal of the College and the signatures of its duly authorized officers hereunto affixed.

Given at Fort Lauderdale, Florida this fifth day of May, in the year of our Lord, two thousand.





Paul Anderson
Chairman of the Board of Trustees

Willis Holliday
President

Barbara J. Humphrey, Ed. D.
Associate Vice-President for Educational Services, College Registrar



January 22, 1996

Carlos Navas
3721 Riverland Rd
Ft Lauderdale, FL  33312

Dear Carlos,

Congratulations on being accepted to the University of Miami.  By the time my letter gets to you I am sure you will have received your acceptance letter and packet of materials.  You should feel proud in being offered admission.  Once again we have received a record number of applications and competition is high.

I hope your senior year is progressing as you wish.  Before you know it you'll be gathering your belongings and heading off to college.  Besides congratulating you Carlos, I also want to remind you that if you have any questions or need more information, you are welcome to call me directly.  As the admission officer who coordinates recruitment in your area, I am happy to help you make the best decision for your future.  You may contact me directly, at my desk, by calling 305-284-5713. If I am not available, please leave me a message and I'll get back to you as quickly as possible.

Carlos, congratulations again.  I really am thrilled you've been accepted.  Good luck in the rest of your senior year, and I hope to welcome you to campus as a new student in August.

Cordially,

*Alex Segura*

Alex Segura
Assistant Director of Admission

AS/bpa



February 7, 1996

Carlos Navas
3721 Riverland Rd
Ft Lauderdale, FL  33312

Dear Carlos:

We are pleased to confirm your reservation to attend our Open House on **Sunday, February 25, 1996.** We know you will find the activities we have planned enjoyable as well as informative. Come with questions and wear comfortable shoes and casual clothing as you become our special guest and learn about the University firsthand.

A tentative schedule is enclosed for your information. You may register beginning at 12:00 p.m. **Optional** campus tours will be available at 11:30 a.m. The opening session will begin at 1:00 p.m.. If you are not planning on taking a campus tour, we suggest that you register between 12:30 p.m. and 12:45 p.m. to avoid delays. Please refer to the enclosed map for parking instructions. No parking decals are required on Sundays.

If you need overnight accommodations, please refer to the enclosed sheet which lists several options. You will want to request the University of Miami rate, if offered, as you make your reservations.

Please contact Rick Perez at 305-284-5820 if you have any questions, or have a change of plans. We look forward to meeting you!

Sincerely,

Deanna L. Voss
Assistant Director of Admission

DLV/bpa

Enclosures

Office of Admission

P.O. Box 248025 • Coral Gables, Florida 33124-4616 • 305-284-4323 • Fax  305-284-2507 • Email: admission@admiss.msmail.miami.edu



October 27, 1995

Carlos Antonio Navas
3721 Riverland Road
Fort Lauderdale, FL 33312

Dear Carlos:

Congratulations!  On behalf of the Elon College Academic Scholarship Committee, I am pleased to award you a $1,500 Presidential Scholarship in recognition of your outstanding high school record.  This award is renewable annually for four years, pending successful academic performance.

You have also been nominated for an Elon Honors Scholarship.  Honors scholarships range from $500 to $8500 annually plus a $500 travel grant for an intercultural experience. Together, your Honors and Presidential awards over 4 years could total as high as $40,000.  All Honors scholarship recipients also participate in the Honors Fellows Program.

If you plan to major in Biology, Chemistry, Physics, Mathematics or Computer Science, you may also compete for a Science Fellows Scholarship.  These $2000 awards will be given in addition to Honors and Presidential scholarships.

To compete for Honors and Science Fellows scholarships, you will need to come to the campus for Scholarship Day, Saturday, February 10, 1996.  On that day, all Honors nominees will participate in a seminar, write a response, and have an interview.  We plan it as a day for you to get to know Elon better and for us to get to know you.  You will receive an official invitation well in advance.

We are delighted you are interested in Elon and look forward to seeing you.

Sincerely,

Nan Perkins
Dean of Admissions and Financial Planning

Enclosure



UNIVERSITY OF
FLORIDA

**Office of the University Registrar**
**Office of Admissions**

P.O. Box 114000
Gainesville, FL 32611-4000

November 27, 1995

Carlos Antonio Navas
3721 Riverland Rd.
Fort Lauderdale  FL 33312-4653

Dear Gator:

Welcome to the University of Florida!  We are looking forward to having you as a student.

With your academic accomplishments, you are joining a class that includes more International Baccalaureate students than any other university in North America.  Your classmates will rank in the top ten nationally for the highest number of National Merit and Achievement Scholars and the highest Advanced Placement scores.  And your class is also bright enough to have selected one of the "best values" in education, according to *U.S. News & World Report.*.

You are coming to a campus with facilities that match the quality of our students.  On the 2,000-acre campus are 850 buildings, ranging from the classic Collegiate Gothic architecture in the historic part of campus to the best-equipped and modern laboratory and research facilities.  From the Center for the Performing Arts to the "Swamp" at Florida Field, the campus is rich in history, tradition, resources and opportunities.  The campus is also located in Gainesville, the nation's "most livable city," according to *Money Magazine.*

University of Florida faculty provide the balance of teaching, research and service to make UF a member of the prestigious American Association of Universities and be internationally recognized for its academic strengths.  While educating the bulk of Florida's leadership for nearly a century, the faculty have had their impact on national and international leaders, from the inventor of the first digital computer to cabinet members under several U.S. presidents.  Our faculty also receive more than $200 million a year for research that has resulted in everything from better tomatoes to Gatorade, from new medications for glaucoma to lightning detection systems that save lives and property.

This is an impressive place and we are pleased you are going to be a part of it.  It's great to be a Florida Gator.

Sincerely,

*Bill Kolb*

Bill Kolb
Director of Admissions

This letter is brought to you by the attached sponsor so that no tuition or tax funds were used.  For more information and campus news, see http://www.ufl.edu

Admissions Office
201 Criser Hall, (904) 392-1365

Florida Relay Service - hearing impaired 1-800-955-8771 (TDD)
Equal Opportunity/Affirmative Action Institution

Registrar's Office
222 Criser Hall, (904) 392-1374



**UNIVERSITY OF FLORIDA**

Office of Admissions

**Notice of ADMISSION**

201 Criser Hall, Box 114000
Gainesville, Florida 32611-4000
(904) 392-1365

November 2, 1995

Carlos Antonio Navas
3721 Riverland Rd
Fort Lauderdale, FL   33312-4653

Dear Mr. Navas,

We are pleased to inform you that your admission to the University of Florida
has been tentatively approved for the July, 1996 term.  Final acceptance
will be granted upon receipt of your successfully completed high school and/or
college academic record.  The University of Florida takes great pride in its
students and we are happy that you have chosen to continue your education here.
You will find that a wide variety of exciting and challenging undergraduate and
post-graduate programs await you.

Admission to the University of Florida is highly selective.  We congratulate
you on your academic record to date and sincerely appreciate that a student of
your caliber has chosen to attend.  The University of Florida is a member of
the Association of American Universities, is hailed as a leading research
university by the Carnegie Commission, and offers more academic programs on a
single campus than all but two of the nation's other universities.

Please take the time to read the enclosed information sheet.  It contains
important information regarding housing, orientation and registration,
advanced standing, financial aid and required immunizations.  You will be
contacted independently by the various campus offices overseeing these areas
during the next several months and they will provide you with further pertinent
information.  The only fees you are required to submit prior to registration
are those pertaining to your housing deposit as explained on the information
sheet.  We have enclosed your housing application and medical immunization form
both of which you need to return as quickly as possible.  If a housing
application is not enclosed, please contact us immediately.

The Admissions Office is ready to assist you in any way possible.  Please do
not hesitate to contact us if you need any additional information.  We look
forward to your arrival on campus, and on behalf of the faculty and staff at
the University of Florida, I extend you a warm and sincere welcome!

Sincerely,

Matthew R. Hulett
Freshman Admissions Officer

MH/Fwp


UNIVERSITY OF
FLORIDA

**Office of the University Registrar**
**Office of Admissions**

P.O. Box 114000
Gainesville, FL 32611-4000

December 27, 1995

Carlos Antonio Navas
3721 Riverland Rd
Fort Lauderdale, FL   33312-4653

Dear Carlos,

Congratulations on your admission to the University of Florida. You will be joining one of the most academically talented student bodies in the nation!

"It's Great To Be A Florida Gator!" Generations of UF students have enjoyed yelling this cheer at sporting events, as it represents the enthusiasm and spirit that characterize their university. I know you will catch the "Gator spirit" as soon as you come to Gainesville!

The University of Florida has excellent academic programs in a wide array of disciplines. The university also has one of the most active student life programs in the nation, with some 475 student organizations on campus. These student groups provide social, academic, religious, music, drama, recreation and service opportunities for students. Almost all UF students are active in some aspect of campus life, and I'm sure this will be true for you as well!

Almost 95 percent of new students live in campus residence halls and this is a great way to get involved in student life. A student Resident Assistant ("R.A.") lives on each floor and assists new students in their transition to the university. Fraternities and sororities invite interested students to join their groups in the fall.

There are free lectures, concerts, movies and social events at the Reitz Union, which is the "living room" of campus and the center for student life. The Union is where UF students gather for activities, eat in the new food court, relax in the games area, get a haircut or enjoy some frozen yogurt!

Over 90 percent of UF students participate in recreational activities and intramural sports. The two fitness and recreation centers on campus are among the most popular places for our students. I know you'll enjoy these opportunities as well!

UF is a large university but you will find it to be very friendly and supportive. I look forward to welcoming you to UF and I congratulate you again on your admission. Good luck during the rest of your senior year, and Go Gators!

Sincerely,

Arthur Sandeen
Vice President, Student Affairs

Admissions Office
201 Criser Hall, (904) 392-1365

Florida Relay Service - hearing impaired 1 800-955-8771 (TDD)
Equal Opportunity/Affirmative Action Institution

Registrar's Office
222 Criser Hall, (904) 392-1374

# Florida State University

*Congratulations!*

October 13, 1995

Office of Admissions
Tallahassee, Florida 32306-1009
904-644-6200

Mr. Carlos A. Navas
PO Box 350542
Fort Lauderdale, FL 33335-0542

Dear Mr. Navas:

On behalf of the faculty, staff, and students of Florida State University, I am pleased to announce your selection for admission to the Summer Term, 1996.

Your admission to Florida State is subject to successful completion of your senior year academic courses and graduation from high school.  An official transcript reflecting your final grades and date of graduation must be forwarded to the Office of Admissions before you enroll, so that we may verify completion of these requirements.

You are joining a university with a long tradition of excellence in higher education.  As the newest member of our community, we are eager for you to experience our rich heritage and to build upon it as we prepare to meet the challenges of the next century.

We are committed to helping you achieve and even exceed your goals with first-rate faculty instruction and an individualized liberal arts based curriculum.  Our supportive and friendly atmosphere eases the transition from high school and creates a unique climate for learning and living.  You will be respected and challenged in your pursuit of personal excellence.

Welcome to Florida State University -- the *state* of your future!

Sincerely,

John Barnhill, Jr.
Director of Admissions

JB:lb:me
Enclosures

Residency Status: Florida
Social Security Number:  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



March 15, 1996
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 -P

Carlos Navas
3721 Riverland Road
Fort Lauderdale FL 33312

Dear Carlos,

We are pleased to inform you that we have reviewed your
application to Nova Southeastern University and you have been accepted
for the August 1996 term.  We congratulate you on your past
achievements and are pleased with your decision to attend Nova
Southeastern University.

To confirm this acceptance, please fill out the enclosed form and
remit a $200 TUITION DEPOSIT.  This deposit will reserve a place for
you at Nova Southeastern and will be credited toward your tuition.
Prior to enrollment, it will be necessary for you to provide a final
high school transcript indicating graduation or the G.E.D.  In
addition, official college transcripts from all schools attended will
be necessary for all transfer students.

All entering students must fulfill certain entrance requirements
in English and Math skills.  Freshmen (or transfer students who
have not completed college composition and math) will take our
placement tests prior to course enrollment.  If you are a transfer
student your transcripts will be officially evaluated by our Student
Affairs Office.

On behalf of the faculty and staff, I extend to you a warm
welcome. We look forward to a long and gratifying association with
Nova Southeastern University.  Please feel free to call the Admissions
Office at (954)475-7360 or (800)338-4723 if you have any questions.

Sincerely,

Jean Lewis, Ed.D.
Director of Admissions


JL/pk



**NATIONAL
YOUTH
LEADERSHIP
FORUM**

November 12, 1994

Parents of Carlos Navas
2940 SW 11th St
Fort Lauderdale, FL  33312

Dear Parent:

I am pleased to inform you that in the next few days, your son will
receive notification of his nomination to attend the 1995 National Youth
Leadership Forum on Medicine.

Allow me to offer my personal congratulations on Carlos's achievements.
You certainly must be very proud.

We first became aware of Carlos through the Talent Identification
Program (TIP), an in-classroom questionnaire which assists institutions
of higher education and professional organizations in identifying the
career interests and academic abilities of secondary school students.

The TIP showed Carlos to be of high academic standing and intent on a
career in medicine.

While academic promise is the first consideration in choosing
participants in the National Youth Leadership Forum on Medicine, we also
seek students who will contribute to the special strength and character
of the Forum.

We expect to enroll a group of outstanding young men and women from a
variety of backgrounds and with a broad range of interests and goals.
We hope your son will choose to join these highly motivated and
accomplished juniors and seniors from all across America.

I know you must have a number of questions regarding Carlos's
participation in the Forum.  Safety, supervision and finances, for
example, are always important considerations, and we have prepared
detailed information for you regarding these and many other issues.
Many of these questions are answered in the certified nomination letter
Carlos will receive shortly.

Upon receipt of the reply card included with Carlos's nomination, we
will forward an application and all appropriate information to him
immediately.  If you then have further questions, my staff will be at
your disposal to assist in any way possible.

Please be certain that Carlos returns his reply card no later than
December 5, 1994.

With best wishes,

Sincerely,

Robert B. McManis
Director of Admissions

William C. Levin, M.D.

November 17, 1994

The Parents of Carlos Navas
2940 SW 11th St
Fort Lauderdale, FL  33312

Dear Parent:

I would like to congratulate you on your son's
selection to attend the 1995 National Youth
Leadership Forum on Medicine.

As a physician and educator who served for 13 years
as President of the University of Texas Medical
Branch in Galveston (the oldest medical school in
Texas), I have had the privilege of knowing many
exceptional young people who share the same special
qualities as Carlos.

They are all intelligent, highly motivated young men
and women who have the intellectual capability and
drive to achieve their dreams and possess the
dedication necessary to serve humanity as
physicians.

I know how proud you must be of Carlos and how
determined you are to make every opportunity
available so he can achieve his full potential in
life.

My fifty years as a medical educator have convinced
me that we should be reaching young people who show
a strong interest in medicine earlier than the
college years, with programs that reinforce that
interest, as well as direct and inspire.

The National Youth Leadership Forum on Medicine is
just such a program.  I have seen first-hand the
unique enrichment experience that the National Youth
Leadership Forum on Medicine offers students of
special merit and ability.

Students have the opportunity to learn from some of
our nation's most distinguished medical leaders and
research pioneers--visionaries and practitioners who
are at the pinnacle of their profession.



St. Thomas Aquinas H.S.

This is to certify that the
Athletic Department has awarded

CARLOS NAVAS

the certificate of participation in

FRESHMAN FOOTBALL

for the _____1992-93_____ season.

PRINCIPAL

ATHLETIC DIRECTOR

COACH

ATHLETIC
PARTICIPATION
AWARD



St. Thomas Aquinas H.S.

STA

This is to certify that the
Athletic Department has awarded

CARLOS NAVAS

the Varsity **A** in

TRACK

for the _____ 1994 _____ season.

_Sister John Norton_
PRINCIPAL

_____
COACH

_____
ATHLETIC DIRECTOR





St. Thomas Aquinas H.S.

**STA**

This is to certify that the
Athletic Department has awarded

CARLOS NAVAS

the Varsity **A** in

CROSS COUNTRY

for the ____ 1994 ____ season.

PRINCIPAL

ATHLETIC DIRECTOR

COACH





St. Thomas Aquinas H. S.

This is to certify that the
Athletic Department has awarded

CARLOS NAVAS

the Varsity **A** in

CROSS COUNTRY

for the ___1995___ season.

_____
PRINCIPAL

_____
COACH

_____
ATHLETIC DIRECTOR